UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED WILKES BARRE**
APR 2 7 2016
Per M6

| | |
|---|---|
| ANGELA CARLOS, as ADMINISTRATRIX of the ESTATE OF TIOMBE KIMANA CARLOS, | |
| Plaintiff, | CIVIL ACTION NO. 1:15-cv-01994 |
| v. | (CALDWELL, J.) (SAPORITO, M.J.) |
| YORK COUNTY, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 27th day of April, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion for leave to amend the complaint (Doc. 30) is **GRANTED**;

2. The Clerk shall file the proposed amended complaint (Doc. 30-3) as the amended complaint in this action; and

3. The Clerk shall issue summonses as to the twelve newly added defendants, to be provided to plaintiff's counsel for service upon them in accordance with Rule 4 of the Federal Rules of Civil Procedure.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge