# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGELA CARLOS, as ADMINISTRATRIX of the ESTATE OF TIOMBE KIMANA CARLOS,** : : : : **Plaintiff,** : : **v.** : : **YORK COUNTY et al.,** : : **Defendants.** : : | **CIVIL ACTION** No. 1:15-CV-01994-WWC-JFS **JURY TRIAL DEMANDED** |

## CERTIFICATE OF MERIT AS TO ROBERT DAVIS, MD

I, Jonathan H. Feinberg, certify that:

An appropriate licensed professional has supplied a written statement to the undersigned that there is a reasonable probability that the care, skill or knowledge exercised or exhibited by Robert Davis, MD, in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

Date: June 22, 2016

/s/ Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING & FEINBERG
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400
(215) 925-5365 (fax)
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Jonathan H. Feinberg, hereby certify that the foregoing Certificate of Merit as to Robert Davis, MD was, on June 22, 2016, filed via the Court's CM/ECF system and, therefore, served on the following:

| | |
|---|---|
| Michael Badowski, Esq.<br>Email: mbadowski@margolisedelstein.com<br>Robert Schweiger, Esq.<br>E-mail: rschweiger@margolisedelstein.com<br>Margolis Edelstein<br>3510 Trindle Road<br>Camp Hill, PA 17011<br>(717) 760-7500 | Brandon R. Conrad<br>Email: brc@saxtonstump.com<br>Harlan W. Glasser<br>Email: hwg@saxtonstump.com<br>Saxton & Stump, LLC<br>15 South State Street<br>Leola, PA 17540<br>(717) 556-1008 |
| Donald L. Reihart<br>Assistant Solicitor for York County<br>3015 Eastern Boulevard<br>York, PA 17402<br>(717) 755-2799<br>Email: email@reihartlaw.com | John R. Ninosky<br>301 Market Street<br>P.O. Box 109<br>Lemoyne, PA 17043<br>(717) 761-4540<br>Email: jrn@jdsw.com |

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg