UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANGELA CARLOS, Administratrix of :
the Estate of Tiombe Kimana Carlos, :
    Plaintiff :
     :
    v. : CASE NO. 1:15-CV-1994
     :
YORK COUNTY, *et al.*, :
    Defendants :

*O R D E R*

AND NOW, this 15th day of September, 2016, upon consideration of the report and recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 62), filed on August 19, 2016, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

1. Magistrate Judge Saporito's report and recommendation is ADOPTED.

2. Defendant Gallagher's motion to dismiss (Doc. 21) is DENIED.

3. This matter is REMANDED to Magistrate Judge Saporito for further proceedings.

                                               /s/ William W. Caldwell
                                               William W. Caldwell
                                               United States District Judge