**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANGELA CARLOS, As Administratrix of the ESTATE OF TIOMBE KIMANA CARLOS, | : | DOCKET NO. 1:15-cv-01994-WWC-JFS |
| Plaintiff | : | CIVIL ACTION – LAW |
| | : | JUDGE WILLIAM W. CALDWELL |
| v. | : | MAG. JUDGE JOSEPH F. SAPORITO, JR. |
| | : | |
| YORK COUNTY; et al., | : | *Electronically Filed* |
| Defendants | : | JURY TRIAL DEMANDED |

**TABLE OF CONTENTS OF EXHIBITS ATTACHED TO PRIMECARE
MEDICAL DEFENDANTS' STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Table of Contents ............................................................................................... 1

Exhibit A      Patrick Gallagher, LPC Deposition, pp.14-17 ............................... 2

Exhibit B      Pamela Rollings-Mazza, M.D. Deposition, pp. 9, 22-24 ............................. 8

Exhibit C      Holly Snyder, RN Deposition, pp. 13-14 .................................... 14

Exhibit D      Aimee Leiphart, IPN Deposition, pp. 13-14 .............................. 18

Exhibit E      Bronx Children's Psychiatric Center Screening/Admission Note and Psychiatric Evaluation of July 12, 1994 .................................... 22

Exhibit F      St. Barnabas Hospital Discharge Summary of May 29, 1996 ................... 29

Exhibit G      West Chester County Hospital Aftercare Plan Inpatient note of January 30, 1997 ................................................................... 32

Exhibit H      Intake Medical Screening of April 14, 2011 ............................... 34

Exhibit I       Gallagher Sick Call note of April 14, 2011 ................................ 36

Exhibit J       PCM Receiving Screening/Health Assessment p. 3 of April 16, 2011 ......................................................................... 39

Exhibit K      PCM Chart Note of April 18, 2011 ........................................... 48

Exhibit L      Gallagher Mental Status Exam of April 20, 2011......................................50

Exhibit M      Rollings-Mazza Sick Call note of April 25, 2011........................................57

Exhibit N      Noble Psychological Evaluation of May 25, 2011......................................59

Exhibit O      Relocation Pass – Suicide Precautions of June 8, 2011 ..........................72

# PART 2

Exhibit P      Gallagher Sick Call note of June 9, 2011 ...................................................1

Exhibit Q      Gallagher Mental Status Exam of August 8, 2012......................................3

Exhibit R      PCM Task note of November 11, 2012 .......................................................6

Exhibit S      Gallagher Mental Health Exam of November 12, 2012 ..............................8

Exhibit T      PCM Task of December 13, 2012 .............................................................15

Exhibit U      Relocation Pass-Suicide Precautions of December 13, 2012 .................17

Exhibit V      Gallagher Sick Call note and Mental Status Exam of
               December 14, 2012.................................................................................19

Exhibit W      PCM Task of July 11, 2013 ......................................................................27

Exhibit X      Gallagher Sick Call note and Mental Status Exam of
               July 12, 2013.........................................................................................29

Exhibit Y      PCM Chart Note of Leiphart of August 13, 2013 .....................................37

Exhibit Z      Gallagher Mental Health Segregation Observation Check Sheet of
               August 14, 2013 .....................................................................................39

Exhibit AA     Counselor Note of August 20, 2013 .........................................................41

Exhibit BB     York Hospital/Hutchins ED Physician Note of October 23, 2013.............43

Exhibit CC     Richard Althouse, Ph.D. report.................................................................46

Exhibit DD     Stephen Mechanick, M.D. report..............................................................56

# EXHIBIT A

1    A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA CARLOS, as | : | CIVIL ACTION |
| ADMINISTRATRIX of the | : | |
| ESTATE OF TIOMBE KIMANA | : | NO. 1:15-CV-01994 |
| CARLOS, | : | |
| Plaintiff | : | (Judge Caldwell) |
| | : | |
| vs. | : | (Magistrate Judge |
| | : | Saporito) |
| YORK COUNTY, et al., | : | |
| Defendants | : | |

DEPONENT:  PATRICK GALLAGHER, LPC

DATE AND TIME:  Thursday, June 23, 2016
at 1:20 p.m.

LOCATION:  Law Offices of Donald L. Reihart, Esquire
3015 Eastern Boulevard
York, PA 17402

KAPLAN, LEAMAN AND WOLFE
REGISTERED PROFESSIONAL REPORTERS
CONSTITUTION PLACE
325 CONSTITUTION PLACE
PHILADELPHIA, PENNSYLVANIA 19106
(215) 922-7112

3

1  New Castle Youth Development Center, what time period did

2  you have those jobs?

3         A.       That would have been 1960 -- now wait --

4  1973 to probably '75, then '75 to '76, and then the

5  Elizabeth Murphy School was just prior to when I came to

6  work at York County, so it probably would have been 1984,

7  1985.

8         Q.       So most of those jobs were before you

9  obtained -- actually, all three of those jobs --

10        A.       Right.

11        Q.       -- were before you obtained your Master's.

12 Is that right?

13        A.       Correct.

14        Q.       Do you have an undergraduate degree?

15        A.       I have an undergraduate Bachelor's degree

16 in English.

17        Q.       What training did you have to work as a

18 Counselor before your Master's?

19        A.       The -- the training provided by the

20 Commonwealth of Pennsylvania, the Commonwealth of Virginia.

21        Q.       Were those all State employment?

22        A.       Yes.

23        Q.       Okay.  So can I assume then without a

24 Master's you were not a licensed Counselor?

25        A.       No, I was not.  I was not licensed until

1    Pennsylvania got the licensure.

2          Q.        And what year was that, in the '90s

3    sometime?

4          A.        Yeah.  Early '90s I believe.  I was a

5    Certified Clinical Mental Health Counselor.

6          Q.        That was not a statutorily authorized

7    licensure.  Is that --

8          A.        No, Pennsylvania didn't have a licensure

9    for -- for -- didn't have an LPC.

10         Q.        Okay, but you maintained your LPC license as

11   soon as that became available in the '90s?

12         A.        Absolutely.

13         Q.        Okay.

14         A.        I was grandfathered in because of the

15   CCMHC, Certified Clinical Mental Health Counselor, and the

16   NCC, that grandfathered me in under Pennsylvania rules.

17         Q.        Help me understand the difference between a

18   Licensed Professional Counselor and, for instance, a

19   psychologist with a Psy.D, or a Licensed Clinical Social

20   Worker who provides psychotherapy services.  What's the --

21   let me ask it this way.  What do you do as a Licensed

22   Professional Counselor?

23         A.        I provide direct therapeutic services to

24   individuals, group and individual counseling services.

25   That would be more in the community mental health center

1    situation.

2                    In the Correctional Center I do intake

3    assessments and a lot of crisis intervention work there.

4    And there would be -- no matter what the degree was,

5    Psy.D., LCSW, LPC, the environment dictates what you do, if

6    you -- if you can follow that.

7          Q.      Sure.  Can -- do I understand correctly that

8    your -- the job that you do could also be done by someone

9    with a Psychological Doctorate, with a Licensed Clinical

10   Social Worker degree?

11         A.      Yes.

12         Q.      Okay.  So it sounds like you've been working

13   at York County Prison basically for the past 30 years.  Is

14   that correct?

15         A.      31.

16         Q.      Okay.  I saw reference to you in one of the

17   documents -- well, many documents produced in the case that

18   you are the Mental Health Coordinator.  Is that the title?

19         A.      Yes.

20         Q.      For how long have you been the Mental Health

21   Coordinator?

22         A.      I'm thinking with that -- being called

23   that, probably seven years.  Functionally being that, since

24   I started.

25         Q.      Okay.  Who is your employer, by the way?

1          A.          WellSpan Health System.

2          Q.          Which is a private entity that has hospitals

3    and private medical offices around York County and

4    elsewhere.  Is that correct?

5          A.          York, Lancaster, Adams, yes.

6          Q.          Now, I'm aware that PrimeCare Medical has

7    the contract for Medical and Mental Health services at the

8    prison.  How is it that you are an employee of WellSpan yet

9    are working at York County Prison?

10          A.          I was the first one there.  When I -- back

11   in 19 -- April 1, 1985, I was looking for -- I got an

12   informational interview with Steve Warren, who's the Mental

13   Health Director for York County, Who I worked with before.

14          Q.          You're here about the County, not the County

15   prison.

16          A.          The County MHMR or MHIDD entity.

17          Q.          Which oversees Mental Health services?

18          A.          For the entire county -- well, York and

19   Adams Counties.

20          Q.          Okay.

21          A.          I had an informational interview with him

22   because I was looking for work.  I wanted to move back up

23   here.  And he said, well, you know, they need someone at

24   the jail, go talk to Tom Hogan, who's the Warden, he'll let

25   you get the job, I know you.  So I talked to Hogan, he said

7

# EXHIBIT B

1

β

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA CARLOS, as ADMINISTRATRIX of the ESTATE OF TIOMBE KIMANA CARLOS, | : : : : | CIVIL ACTION |
| | : | NO. 1:15-CV-01994 |
| Plaintiff | : | (Judge Caldwell) |
| | : | |
| vs. | : : | (Magistrate Judge Saporito) |
| YORK COUNTY, et al., | : | |
| Defendants | : | |

DEPONENT:  PAMELA ROLLINGS-MAZZA, M.D.


DATE AND TIME:  Thursday, June 23, 2016
at 9:10 a.m.


LOCATION:  Law Offices of Donald L. Reihart, Esquire
3015 Eastern Boulevard
York, PA 17402


KAPLAN, LEAMAN AND WOLFE
REGISTERED PROFESSIONAL REPORTERS
CONSTITUTION PLACE
325 CONSTITUTION PLACE
PHILADELPHIA, PENNSYLVANIA 19106
(215) 922-7112

1          Q.      So we'll come back to this topic later about

2     the medication administration.  Is your -- is it your

3     recollection that Ms. Carlos was prescribed to receive

4     Haldol as an injection?

5          A.      Yes.

6          Q.      How frequently?

7          A.      Monthly.

8          Q.      Okay.  And when you went back and reviewed

9     the record, what did you see?

10         A.      My recollection now is that there were two

11    to three occasions where she refused or declined the

12    medication.  And then either that day or within the next

13    day she received the medication after that from the Mental

14    Health nurse.

15               So there was just a couple of occasions in

16    this time that she was with us that she declined her

17    medication, but it did -- was eventually administered

18    shortly after the due date.

19         Q.      By the way, you mentioned that you went back

20    to the chart to review the medication.  Let me ask a

21    separate question.  Did you remember Ms. Carlos when you

22    first received notice of this lawsuit?

23         A.      Yes.

24         Q.      Okay.  What did you remember about her?

25         A.      I remembered the time -- she was at the

1          Q.        Thank you.  For how long were you working

2    with WellSpan?

3          A.        I worked with WellSpan from 2001 to --

4    until 2006.  And then in 2006 I started with Holy Spirit

5    Behavioral Health.

6          Q.        Is that a hospital setting?

7          A.        Holy Spirit?  Yes.  It's in Camp Hill.

8    It's now part of Geisinger.  At that time it was not,

9    though.

10          Q.        For how long were you with Holy Spirit?

11          A.        From August of 2006 until November,

12    December of 2007.

13          Q.        Okay.  Where did you go next?

14          A.        In January of 2008 I started with PrimeCare

15    and at York County Prison.

16          Q.        Have you been with PrimeCare consecutively

17    since that time?

18          A.        Yes.

19          Q.        All right.  I -- you noted that you're at

20    York County Monday, Tuesday, Wednesday?

21          A.        Yes.

22          Q.        Are you located elsewhere on other parts of

23    the week?

24          A.        Usually, on Thursday morning I cover

25    Cambria County Prison through a telemedicine system.  I

1   also cover Cumberland County Prison on an as necessary

2   basis.  They have a Nurse Practitioner who does their

3   mental health line there.  And if they need to have

4   commitment papers filed, I go and see the patient.  And I

5   also cover vacation there, so it's sort of as they need me.

6            But my primary sites are York County

7   Prison, Cambria County Prison, and I also go to the juvie

8   center here in York.  Juvie, that's the Youth Development

9   Center.  Sorry.

10        Q.      So you are a full-time employee of PrimeCare

11  then?

12        A.      No, I am part-time.

13        Q.      How many hours a week are you?

14        A.       I get paid for 28 hours a week.  I am on

15  call 24/7, however, except for when I'm on vacation.

16        Q.      Okay.  I don't want to go back and cover

17  each job, so let me ask you this.  Why did you leave Holy

18  Spirit and start working with PrimeCare?

19        A.       I, at that time, was a mother of two small

20  children.  I had a six-year-old and a three-year-old, I

21  guess he was at that time.  And I was working full-time at

22  Holy Spirit on an in-patient unit with call, you know,

23  frequently on the weekends, and it was -- my primary job, I

24  guess, is mother.  So I made a decision at that point to go

25  to part-time.

12

1  Q.  Okay.  Were you ever, at any point in your

2 medical career, terminated from a job or asked to leave?

3  A.  No.

4  Q.  Did you ever leave a job involuntarily for

5 any reason?

6  A.  No.

7  Q.  Let's focus specifically on your work at

8 York County Prison, which I take it has generally been

9 three days per week for the past eight or nine years.  Is

10 that right?

11  A.  Eight years.  Yes.

12  Q.  What are your responsibilities at York

13 County Prison?

14  A.  My responsibilities at York County Prison

15 is basically medication management.  I see patients that

16 are referred to me for medication.  Usually, that includes

17 people who come into the jail, who are out -- have outside

18 treatment and are on medications when they come to the

19 jail.

20    And it also would include referrals from

21 the Mental Health Counselors for people who they think need

22 a medication -- you know, need to be evaluated for

23 medication.  And then I see -- I do the initial evaluations

24 and then follow-up with respect to medication management.

25  Q.  Let's return to that in just a moment.

# EXHIBIT C

Holly Snyder



Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANGELA CARLOS, as          :    CIVIL ACTION
ADMINISTRATRIX of the      :
ESTATE OF TIOMBE KIMANA     :    NO. 1:15-CV-01994
CARLOS,                     :
                Plaintiff   :    (Judge Caldwell)
                            :
            vs.             :    (Magistrate Judge
                            :    Saporito)
YORK COUNTY, et al.,        :
                Defendants  :

DEPONENT:  HOLLY ANN SNYDER, RN

DATE AND TIME:  Tuesday, July 19, 2016
at 8:45 a.m.

LOCATION:  Law Offices of Donald L. Reihart, Esquire
3015 Eastern Boulevard
York, PA 17402

KAPLAN, LEAMAN AND WOLFE
REGISTERED PROFESSIONAL REPORTERS
CONSTITUTION PLACE
325 CONSTITUTION PLACE
PHILADELPHIA, PENNSYLVANIA 19106
(215) 922-7112

WWW.KLWREPORTERS.COM

15

Holly Snyder

Page 13

1    to her job.  So we have a phone in the conference room,

2    which Dawn has tried to get to work and apparently it's

3    not.  All I can say is we'll have to do our best.

4                    MR. GLASSER:  John, I mean, this is

5    cutting out.  It's not going to be useful for me even to

6    do this.  Can I try maybe calling from a different

7    number?

8                    MR. FEINBERG:  Calling from a different

9    number?

10                   MR. GLASSER:  Maybe the connection will

11   be better.  I'm sorry for this mix-up here.

12                   (Discussion was held off the record.)

13   BY MR. FEINBERG:

14        Q.      So, Ms. Snyder, you told me that you

15   finished your nursing education in 2012 at Lancaster

16   General.  Is that correct?

17        A.      Yes.

18        Q.      And you are an RN.  Is that right?

19        A.      Yes.

20        Q.      And did you say that you left Lancaster

21   General and went right to PrimeCare?

22        A.      Yes.

23        Q.      Where did you work while you were employed

24   with PrimeCare, exclusively at York County Prison?

25        A.      Yes.

Holly Snyder

Page 14

1       Q.      Okay.  So you were at York County Prison

2  from 2012 until?

3       A.      2014.

4       Q.      So about two years?

5       A.      Yes.

6       Q.      All right.  Could you describe for us your

7  responsibilities at York County Prison?

8       A.      For the first year I worked in the Medical

9  Department.

10      Q.      What shift did you work?

11      A.      Second shift.

12      Q.      What times?

13      A.      I think it was 2:30 till 11:00.

14      Q.      Okay.  And what about the second year?

15      A.      I worked in the Mental Health Department.

16      Q.      Is that where you would have had your

17 contact with Tiombe Carlos?

18      A.      Yes.

19      Q.      Did you ever have any contact with Tiombe

20 Carlos when she was -- when you were working in the Medical

21 Department?

22      A.      Not specifically that I can remember.

23      Q.      All right.  Now, we know that Ms. Carlos

24 died in October of 2013.  Can you estimate when you would

25 have made that shift to the Mental Health Department?

# EXHIBIT D

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA CARLOS, as | : | CIVIL ACTION |
| ADMINISTRATRIX of the | : | |
| ESTATE OF TIOMBE KIMANA | : | NO. 1:15-CV-01994 |
| CARLOS, | : | |
| Plaintiff | : | (Judge Caldwell) |
| | : | |
| vs. | : | (Magistrate Judge |
| | : | Saporito) |
| YORK COUNTY, et al., | : | |
| Defendants | : | |

DEPONENT:  AIMEE LEIPHART, LPN

DATE AND TIME:  Thursday, June 23, 2016
at 12:10 p.m.

LOCATION:  Law Offices of Donald L. Reihart, Esquire
3015 Eastern Boulevard
York, PA 17402

KAPLAN, LEAMAN AND WOLFE
REGISTERED PROFESSIONAL REPORTERS
CONSTITUTION PLACE
325 CONSTITUTION PLACE
PHILADELPHIA, PENNSYLVANIA 19106
(215) 922-7112

1          Q.      Okay.  Let's actually --

2          A.      Because I get -- yeah.

3          Q.      Let me go with your instinct and go back to

4    the beginning when you first started working in 2002.  What

5    were your responsibilities at the York County Prison then?

6          A.      I was a -- I worked in the Medical

7    Department.  I passed meds.  I started on second shift, and

8    I --

9                  THE REPORTER:  You started on what?

10                 THE WITNESS:  On second shift.  Sorry.

11   BY MR. FEINBERG:

12         Q.      Let me ask you to just slow down a little

13   bit.

14         A.      Okay.  I started on second shift, passed

15   meds, and did sick call triage.  We saw people that put

16   sick call slips in for whatever complaints they were having

17   at that time.

18         Q.      Okay.  And did those job responsibilities

19   change?

20         A.      Since the --

21         Q.      Well, did -- let me go back.  That was where

22   you were started in 2002.  Is that right?

23         A.      Right.

24         Q.      At some point you changed to do Mental

25   Health work.  Is that right?

1        A.      Yes, I took a bid.

2        Q.      All right.  Were there any other changes in

3    your job assignments from when you first started until you

4    became a Mental Health nurse?

5        A.      No.

6        Q.      All right.  You just used the phrase take a

7    bid or took a bid.  What do you mean by that?

8        A.      Through the Union, we're Unionized, so the

9    bid went up to -- for an opening for a Mental Health nurse,

10   and I bid on that position.

11       Q.      All right.  And then you were hired.  Is

12   that right?

13       A.      Yes.

14       Q.      Was there a pay increase associated with

15   that?

16       A.      No.

17       Q.      Did your shift change?

18       A.      No.

19       Q.      All right.  Well, which --

20       A.      Sorry.

21       Q.      Go ahead.  I interrupted you.

22       A.      Probably two years after I started there in

23   2000 -- probably 2004 I switched over to day shift in the

24   same Medical -- in the Medical.  And then the bid went up

25   for the Mental Health nurse day shift, so it didn't change

# EXHIBIT E

Form 425 MED (MH) (9-92)

State of New York
OFFICE OF MENTAL HEALTH

## SCREENING/ADMISSION NOTE
## AND PSYCHIATRIC EVALUATION
(2 Part)

Carlos, Trouble

6531

### PART I — Screening/Admission Note

Date Completed: _7/12/94_

**INSTRUCTIONS:** The physician must complete Part I, Screening/Admission Note, on admission and Part II, Psychiatric Evaluation, no later than 60 hours after admission. The physician may leave blank any section of Part II that is duplicated in Part I and note in that section "See Part I."

**1. Alerts:** List risk factors including danger to self/others (specify degree of risk and target(s)) physical health conditions/needs, allergies, CPL status, etc.

H/o many fights (pt has several scars)
s/p rape (?) at age 12 years
H/o being beaten (?) unknown by who

**2. Chief Complaint:** Include sources of information and reliability

"you want to hurt us"

**3. History of Present Illness:** Include onset of illness and circumstances leading to screening/admission

Yesterday morning after smoking a blunt, pt
started hallucinating + acting bizarrely. Pt
was bit mother to BCMC ER. Since then she
is constantly hearing voices, is very
paranoid, hostile and disorganized.
Mother relates that pt had made
paranoid statements even prior to
yesterday.

CONFIDENTIAL INFORMATION
FURTHER DISCLOSURE
PROHIBITED

OMH-PHI

Form 425 MED (MH) (9-92) Page 2

State of New York
OFFICE OF MENTAL HEALTH

**SCREENING/ADMISSION NOTE
AND PSYCHIATRIC EVALUATION (2 Part)**

Patient's Name (Last, First, M.I.)
Carlos, Jimto

C'l'id.No.
6539

## Significant History:

1. **Mental Health** (include medications, family history of mental illness, physical/sexual abuse as victim or abuser)
2. **Alcohol and Drug Use/Abuse**
3. **Physical Health** (include medications, high risk behaviors for HIV)
4. **Education/Work**
5. **Developmental/Family**
6. **Cultural Issues**

1. no past tx hx, raped by stranger at age 12 & y.
2. beaten by soldier, denies ETOH
3. smoked pot x 1 year
3. PTD sexually active,
   low birthweight
4. left school this year, in 9th grade reg Ed,
   Roosevelt HS
5. family

## Mental Status:
(Include the following areas: appearance, attitude, behavior, thought processes/content, perceptual disorders, mood/affect, suicidal/homicidal behavior/ideation, and cognitive functioning)

Attractive unkempt, uncooperative, hostile
mood blunt affect hostile disorganized
thinking Hallucinations auditory
suicidal + homicidal ideation unable to
elicit cognitive functions decreased
insight + judgement poor

## 6. Admitting Diagnosis:
Enter a P in front of the principal diagnosis

AXIS I   Organic Delusional Disorder
         Psychosis NOS
AXIS II  Deferred
AXIS III PTD
AXIS IV  Psychosocial

CONFIDENTIAL INFORMATION
FURTHER DISCLOSURE PROHIBITED

OMH-PHI

a. Stressor(s):
b. Severity    1.☐ None  2.☐ Mild  3.☐ Moderate  4.☐ Severe  5.☐ Extreme  6.☐ Catastrophic  0.☐ Inadequate Info/No Change
c. Duration    1.☐ Predominantly Acute Event    2.☐ Predominantly Enduring Circumstances

Carlos 302

24

Form 425 MED (MH) (9-92) Page 3

State of New York
OFFICE OF MENTAL HEALTH

| SCREENING/ADMISSION NOTE AND PSYCHIATRIC EVALUATION (2 Part) | Patient's Name (Last, First, M.I.) Carlos, Tiombe | *C*No. No: 6539 |
|---|---|---|

**7. Reason for Admission/ Non-Admission:** If patient is not admitted, include information regarding referrals to other programs or services:

thought disorder
hallucinations

— Complete the following ONLY for admitted patients —

**8. Legal Status:** Indicate voluntary, involuntary, CPL, etc and include implications for treatment, if applicable.

minor voluntary

**9. Advance Directives:** Complete ONLY for patients 18 and older. If the patient has executed an advance directive, the original or a copy must be included in the clinical record.

The patient has executed a (check all that apply):
☐ health care proxy
☐ consent for a do-not-resuscitate order
☐ living will and/or
☐ durable or springing power of attorney
The patient has received written information on advance directives ☐ YES    ☐ NO.

**10. Immediate Needs/ Recommendations:** Note immediate treatment needs and recommendations:

hospitalization to ensure pt's safety

CONFIDENTIAL INFORMATION
FURTHER DISCLOSURE
PROHIBITED

OMH-PHI

| Staff Signature: | Title: | Date: |
|---|---|---|
| | Carlos 303 | |
| Physician's Signature: | Title: Psych I | Date: 8/12/94 |

25

rm 425 MED (MH) (9-92) Page 4

State of New York
OFFICE OF MENTAL HEALTH

| SCREENING/ADMISSION NOTE AND PSYCHIATRIC EVALUATION (2 Part) | Patient's Name (Last, First, M.I.) Carlos, Tiombe | OMH Id. No. 6539 |

### PART II — Psychiatric Evaluation
Date Completed: 7/14/94

**1. History:** Note any additional historical information not included in Part I, Screening/Admission Note

A. Mental Health *(Include first psychiatric symptoms, circumstances and frequency of previous hospitalizations; medication response and major side effects; and dangerous behaviors.)*

No ψ-hx prior to this admission. Mother relates that pt has made statements indicating paranoia for about 2 wks pta. Pt has frequently been involved in fights + has been truant about 50% of last school year

B. Alcohol and Drug Use/Abuse *(Indicate if further evaluation is needed.)*

occasional drinking marihuana daily × 1 year
urine tox-screen performed at BHRC was negative (OK'd w cannabis)

C. Physical Health *(Include a summary of significant findings on Physical Examination and Assessment, and any potential interactions between mental and physical health problems/needs.)*

S/P abortion in 4/94 (12 wks gestation)
Pt has active PID + c Erythromycin
Pt will be sent to Gyn for f/u exam once she is psychiatrically more stable

**2. Mental Status:**

CONFIDENTIAL INFORMATION
FURTHER DISCLOSURE PROHIBITED

OMH-PHI

A. Appearance

unkempt staring

B. Attitude *(Include cooperation, guardedness, avoidance)*

hostile unpredictable

C. Behavior *(Include psychomotor activity, abnormal movements)*

assumes bizarre postures

D. Speech *(Include rate, e.g. normal, slow, mute, rapid; quality; and abnormalities, e.g. aphasia, dysarthria)*

monosyllabic

Carlos-304

26

State of New York
OFFICE OF MENTAL HEALTH

Form 425 MED (MH) (8-92) Page 5

| SCREENING/ADMISSION NOTE AND PSYCHIATRIC EVALUATION (2 Part) | Patient's Name (Last, First, M.I.) Carlos, Tiombe | Hospital No. 6539 |
| --- | --- | --- |

**E. Thought Processes** *(Include logical and organized, circumstantial, tangential, disorganized, flight of ideas; describe in terms specific to this patient)*

? thought blocking, at times irrelevant

**F. Thought Content** *(Include delusions, ideas of reference; describe in terms specific to this patient)*

paranoid ideas / persecution

**G. Perceptual Disorders** *(Include hallucinations, illusions; describe in terms specific to this patient)*

⊕ ongoing voices, commenting + derogatory content

**H. Mood/Affect** *(Include stability, congruence/incongruence)*

labile, hostile

**I. Impulse Control** *(Include ability to control aggressive, hostile, sexual impulses)*

poor

**J. Suicidal and/or Homicidal Behavior/Ideation** *(Describe in terms specific to this patient)*

unclear

**K. Cognitive Functioning Examination** *(Describe any tests used in making the following interpretations)*

• Sensorium/level of consciousness *(Indicate whether awake, responsive, lethargic, fluctuating)*

A + O x 2 / clear

• Orientation *(Indicate time—season, day, month, year, next holiday; place—type, exact name; person)*

• Memory
   Attention *(Immediate recall, digit span, serial numbers)*

   Recent memory *(3 objects after 5 minutes)*        } unable to test

   Remote memory *(personal/nonpersonal)*

• Ability to abstract and generalize *(Include proverbs and similarities)*

unable to test

OMH-PHI

• Estimation of intelligence *(Indicate above average, average or below average and how evidenced)*

unclear

• Insight/Judgement *(Include awareness of mental illness and understanding of consequences of actions; describe in terms specific to this patient)*

extremely poor

CONFIDENTIAL
FURTHER DISCLOSURE
PROHIBITED

Carlos 305

26

27

Form 425 MED (MH) (8-92) Page 6

State of New York
OFFICE OF MENTAL HEALTH

| SCREENING/ADMISSION NOTE AND PSYCHIATRIC EVALUATION (2 Part) | Patient's Name (Last, First, M.I.) Carlos, Trombe | OMH Id. No. C539 |

**3. Diagnosis:** Enter P in front of the principal diagnosis.

AXIS I *Psychose NOS*
*R/O Organic affective al D/o*

AXIS II *deferred*

AXIS III *PID*

AXIS IV   Psychosocial Stressors
a. Stressor(s): _____
b. Severity   1.☐ None  2.☐ Mild  3.☐ Moderate  4.☐ Severe  5.☐ Extreme   6.☐ Catastrophic  0.☒ Inadequate Info/No Change
c. Duration   1.☐ Predominantly Acute Event   2.☐ Predominantly Enduring Circumstances

AXIS V   Global Assessment of Functioning
a. Current GAF score  *20*          b. Past year GAF score  *60*

**4. Summary and Treatment Recommendations:** Based on the data above, provide a clinical summary including prognosis and rationale. Note initial treatment goals and recommendations.

Include Problems and Strengths

*Recommendation:*
*hospitalization to ensure pt's safety*
*dx c neuroleptic medication*

*Problems*
*? related to psychosis*
*drug use*
*truancy*

*Strengths*
*normal intelligence by hx*

OMH-PHI

CONFIDENTIAL INFORMATION
FURTHER DISCLOSURE
PROHIBITED

Physician's Signature *MR Becli MD*          Title: *Psych I*          Date: *7/14/99*

Carlos 306

22

28

# EXHIBIT F

F

St. Barnabas Hospital
Bronx, NY. 10457

CARLOS TIOABE    340°c
A00231013    961 08 00013
C4/17/96
Discharge Summary GEORGE 1PS F 17Y (addressograph)

Date of Discharge: 5.29.96

Reason for Admission: _et was agitated + irrational_
_not sleeping responding to internal stimuli_

Physical Findings: (significant positive/negative date):
_no active medical problem_

Pertinent Lab and X-Ray Findings: _chest X-ray & WBC_
_Valproic acid tolerated on 5.21.96  96 mg/l_

Course and Treatment in the Hospital: _Pt became extremely agitated_
_violent + assaultive and had to be restrained_
_several time responded a gradual improvement_
_to navane up to 5 mg daily Ativan up_
_to 8 mg daily and Valproic Acid up_
_to 1 morning daily individual supportive_
_the resident reality group activity_
_reality oriented therapy adequate improvement_
_therapy and showed_

Provisional Diagnoses: (see attestation statement for final diagnoses):
_D× I   Bipolar disorder manic ē psychotic_
_features_
_II none   III none_
T.H.C abuse

Signature: _G Taufik MD_

Print Name: _G Taufik MD._    Date: _5 29.96_

copy to: _____

**ST. BARNABAS HOSPITAL**
Third Ave. & 183rd St., Bronx, NY 10457-2594 (718) 960-9000
Department of Psychiatry
MultiDisciplinary Discharge Plan
Discharge Summary B

ADDRESSOGRAPH

**1. DISCHARGE:**

Date: _5/1/96_                                Time: _____

Accompanied by: _____

After discharge, the patient will be living at: _____   Eve _____

Phone number(s) for follow-up contact: Day _____

**2. FOLLOW-UP APPOINTMENTS**
Fordham Tremont Mental Health Center

☐ CCU ☐ CTP ☐ INTAKE
2250 Ryer Ave.
Bronx, NY 10457
Tel: (718) 960-0651

Person to see: _____
Date: _____ Time: _____

☐ Psychosocial ☐ DTU
1910 Arthur Ave.
Bronx, NY 10457
Tel: (718) 960-0400

Person to see: _____
Date: _____ Time: _____

☐ Bronx Community College
University Ave. and West 181st St,
Bronx, NY 10453
Tel: (718) 220-6163

*Patient to make own appointment

☑ Other _FTMHC - CAFS_
Agency: _Grand Concourse_
Address: _Bx NY 10453_
Telephone: _718-960-0341_
Person to see: _Dr. Cliveni_
Date: _5/20/96_ Time: _10:30_

St. Barnabas Hospital
☐ Outpatient Alcohol/Drug Services
4422 3rd. Ave. (Nilba Bldg, 3rd Fl)
Bronx, NY 10457
Tel: _____

Person to see: _____
Date: _____ Time: _____

☑ Medical Center
183rd & 3rd Ave.
Bronx, NY 10457
Tel: (718) 960-6430

Person to see: _____
Date: _6-19-96 2:30 PM_

☐ Primary Care Clinic
470 East Fordham  Rd.
Bronx, NY 10458
Tel: (718) 960-3600

Person to see: _____
Date: _____ Time: _____

☐ Other
Agency: _____
Address: _____
Telephone: _____
Person to see: _____
Date: _____ Time: _____

**3. DIET INSTRUCTIONS:**

**4. OTHER INSTRUCTIONS:**

**5. MEDICATION TO BE TAKEN AT HOME:**

| Medicine | Dose | Frequency | Route | Reason |
|---|---|---|---|---|
| Ativan | 2 mg | po | AM & HS | |
| Navane | 10 mg | po | HS | |
| Valproic Acid | 500 mg | po | BID | |

Allergies: _____

Enough medicine is being prescribed to last until _2 weeks_. If you allow yourself to run out of medications, you may get sick.
You will need to go to your appointments to get more, before you run out.

☑ I understand and accept these recommendations. I have been
given, and understand, reasons for these recommendations, and
the possible side effects of the medications.

☑ I understand that my medications may affect my ability to drive.

☐ I understand the manner HIV is transmitted and the precautions
helpful in preventing the spread of AIDS.

☑ I understand the danger of taking illegal drugs or alcohol.

Date: _5-29-96_

_____   _____   _____
Patient's Signature          R.N. Signature          M.D. Signature

_____
C.S.W. Signature

# EXHIBIT G

```
CARLOS TIOMBE    543823
F
01/10/97  A-2  PST FC  I
```

# WESTCHESTER COUNTY MEDICAL CENTER
### DIVISION OF PSYCHIATRY

**Aftercare Plan Inpatient**

**PARTICIPANTS IN PLAN**

| Extent of Participation | present at conference | discussed in person | discussed by telephone | notified by letter |
|---|---|---|---|---|
| Patient | ✓ | ✓ | | |
| Family  Angela Carlos | ✓ | ✓ | | |
| Psychiatric Aftercare Agency  Hunts Point Mental Health | | | ✓ | ✓ |
| Other | | | | |
| Other | | | | |

**LIVING ARRANGEMENTS**
Address at Discharge . . . . . . .
Telephone . . . . . . . . . . . . . . .
Responsible person . . . . . . . .

2100 Tiebout Ave, #205
Bronx, NY 10457, 718-561-4837
Angela Carlos

**DISCHARGE DATE:** 1/31/97
☐ Tentative
☐ Final

**FAMILY/SUPPORT SYSTEM**
Name(s). . . . . . . . . . . . . . . . .
Address. . . . . . . . . . . . . . . . .

Angela Carlos — Mother

Bronx NY

**TYPE OF LIVING:**
☐ Alone
☐ With others
☐ Own home, apt., room
☑ Home of family
☐ Halfway House
☐ Supportive Apt.
☐ Adult Home
☐ H.R.F.
☐ S.N.F.
☐ Hospital
☐ Foster Home
☐ Residential treatment center
☐ Group Home
☐ Residential Child Care Facility
☐ Temporary Child Care Facility
☐ Secure Facility (correctional)
☐ Court for further disposition
☐ Other

**DEPT. OF SOCIAL SERV.**
Name. . . . . . . . . . . . . . . . . . .
District Office . . . . . . . . . . . .

**PSYCHIATRIC AFTERCARE**
Primary Contact Person. . . . .
Address. . . . . . . . . . . . . . . . .
Appointment . . . . . . . . . . . . .

Hunts Point - Multi-Service Program Center
Mental Health Unit, 630 Jackson Av,
Bronx, New York 1045~
718-993-3006, Fax: 718-585-8595

**Comments:**

Appt: Thursday, February 6, 1997 at 10A
with Ms Francis Leon

**MEDICATIONS**
Drugs
Dosage/frequency

Depakote 500mg PO 9PM and 250mg PO 9AM
Haldol 5mg PO (BID) 9A & 9P
Haldol decanoate 50mg (1 ml) given 1/29/97
Cogentin 1mg PO (BID) 9A & 9P

**VOCATIONAL/EDUCATIONAL**

8th grade

**FINANCIAL**

Medicaid

This aftercare plan has been explained to me,

_Angela Carlos_
Signature

1-30-97    _Beatrice L Miller CSW_
Date    Psychiatric Social Worker/Primary Therapist

☐ W.C.M.C. Aftercare Office
☐ Aftercare Agency
☐ D.S.S. (check if applicable)

Carlos 294

33

# EXHIBIT H

Page 1 of 1

CORRECTIONAL CARE          YORK COUNTY PRISON - INTAKE MEDICAL SCREENING          Housing: FEM-HC12

Are you ill? N Are you injured? N
Did the inmate indicate having suicidal ideations to the transporting officers? N

Name: CARLOS, TIOMBE (I)    AKA: .
Address: NFA    Phone: () -
Sex: F  DOB: 11/21/1978  ID#: 172760  Admission Date/Time: 4/14/2011 1:44:18 PM

**VISUAL OBSERVATION**

1 Is the inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for emergency medical referral? N
If Yes

2 Are there obvious signs of fever, jaundice, skin lesions, rash, or infection? Needle marks? Body vermin? Trauma markings, bruises? N
If Yes

3 Does the inmate's behavior/appearance suggest the risk of suicide or assault? N
If Yes

4 Does the inmate exhibit any signs of abnormal behavior? (e.g. tremors, sweating) N
If Yes

5 Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? N
If Yes

6 Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc? N
If Yes

7 Does the inmate have a persistent cough or appear to be lethargic? N

**INMATE QUESTIONNAIRE**

8 Are you taking medication for Asthma: N Diabetes: N Heart Condition: N High Blood Pressure: N Mental Health Problems: Y Ulcers: N Arthritis: N
If Other

9 Have you been seen by a physician or at a clinic for a medical, dental, or mental health condition in the last six (6) months? Y
If Yes, SEE ABOVE

10 Are you allergic to any medication, foods, plants, etc.? Y
If Yes, PENICILLIUM, THORAZINE, LITHIUM

11 Have you fainted or had a head injury within the last 72 hours? N
If Yes,

12 Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? Have you experienced lethargy, weakness, weight loss, loss of appetite, fever, night sweats or coughing/spitting up blood? N
If No.

13 Have you been hospitalized by a physician or psychiatrist within the last year? N
If Yes

14 Have you ever considered or attempted suicide? N
If Yes,

15 Do you have a painful dental condition? N
If Yes,

16 Are you on a specific diet prescribed by a physician? N
If Yes,

17 Do you use drugs and/or alcohol? N    What kind?
How Often?    How Much?

18 Females: Last menstrual period    Are you Pregnant? N  On birth control pills? N    Recently delivered? N  Recently aborted? N

Management
If other placement
Referral,
If other referral,
When:

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for professional services to be provided to me by and through EMSA Correctional Care. The receiving officer showed me the written instructions and has orally explained to me how to access health care while in York County Prison.

X _Tiombe Carlos_                    _____     on 1/1/1030
Inmate's Signature (not printed)        Admission Officer's Signature (Staff ID)

PCM01198

# EXHIBIT I

| (Revised 4/17/15) | 04/20/2011 15:20 | Assessment: Medication issue |
|---|---|---|
| Mental Status Exam | Completed on 04/20/2011 15:16 | Plan: Discontinue psychiatric observation. Transfer to Fem B-6B |
| | | Education: *blank* |

Entered by: Patrick Gallagher LPC at staff request
🖺 Add Addendum

Recategorize to Mental Health ⌄

📅 **04-19-2011 09:09 with Patrick Gallagher LPC (Task Priority: 1) [Last Updated: 04-19-2011 09:19]**

| Related Problems | Subjective: pat- f/u - agitated and uncooperative. refusing her haldol dec shots. wants off po and out of bau. Pt interviewed by me at Fem BAU 5 cell door.Pt denied She was uncooperative. Pt also stated shot was nor deu for a week. I told her I would consult with medical and security in regard to this situation and notify her thirds pm of her status 🖾 | Locked: Yes Interpreter used: No |
|---|---|---|
| • PSYCHOLOGICAL / MENTAL HEALTH, | | |

**Forms Completed**

| Form | Status | Actions |
|---|---|---|
| Mental Status Exam | Completed on 04/19/2011 09:15 | 🖵 |

| | Objective: Pt. agitated, affect congruent to mood.Pt thought process egocentric, I want what I want. No overt psychosis, Pt denied SI and HI.Pt oriented to person place and situation. Pt insight and judgement is limited. Pt is future oriented. 🖾 |
|---|---|
| | Assessment: Schizophrenia |
| | Plan: Review situation with security, classification and medical.Advise Pt of status. |
| | Education: *blank* |

Entered by: Patrick Gallagher LPC at staff request
🖺 Add Addendum

Recategorize to Mental Health ⌄

📅 **04-14-2011 14:39 with Patrick Gallagher LPC (Task Priority: 1) [Last Updated: 04-14-2011 14:49]**

| Related Problems | Subjective: Security concerned about adjustment, requested MH evaluate for status. Pt had problems on ICE transport bus. Pt Has MH history. She states she gets Haldol Dec IM every two weeks.Pt cooperative. Unable tro complete MH assessment. 🖾 | Locked: Yes Interpreter used: No |
|---|---|---|
| • PSYCHOLOGICAL / MENTAL HEALTH, | | |

**Forms Completed**

| Form | Status | Actions |
|---|---|---|
| Relocation Pass (Revised 4/17/15) | Completed on 04/14/2011 14:49 | 🖵 |
| Mental Status Exam | Completed on 04/14/2011 14:42 | 🖵 |

| | Objective: Pt mood anxious,affect congruent to mood.Pt thought process inatct,no overt psychosis.Pt denied SI and HI. Pt oriented person, place, and situation. Pt denied SI and |
|---|---|

CorEMR - Carlos, Tiombe (i) :: Sick Calls | v5.0.0

| |
|---|
| HI.Pt insight and judgement limited.Pt is future oriented |
| **Assessment:** R/O Schizophrenia , Paranoid Type |
| **Plan:** Place on psychiatric observation.Permitted all items allowed in segregation.Place in Fem BAU 5 |
| **Education:** *blank* |

Entered by: Patrick Gallagher LPC at staff request
☒ Add Addendum
Recategorize to [ Mental Health ∨ ]

[                    ]  [ Search ]  [ Clear ]

Viewing 51–59 of 59 History Items        « Prev 1 2 3 4 5 6 Next »
[ Show 10 ∨ ]

PCM00639

# EXHIBIT J

## 3. Receiving Screening / Health Assessment (Updated February 2010)

**Tiombe (i) Carlos #172760-1**

| JMS ID: | 172760 | Location: | [OUT] |
| SSN: | - | Ethnicity: | - |
| DOB: | - | Interviewer: | Long, Marquita (04/16/2011 19:46) |
| Age: | 36 | | |
| Agency: | INS | | |

| | | | |
|---|---|---|---|
| | Previous Commitment? If so, where? | ◉ Yes<br>○ No | Bristol county |

**Medical Attention**

| 1. | Do you require IMMEDIATE medical attention for any of the following? | ☐ Bleeding<br>☐ Pain<br>☐ Injuries<br>☐ Illness<br>☑ None | |
|---|---|---|---|
| 2. | Is the inmate: Alert and Oriented to Time, Place and Person? | ◉ Yes<br>○ No | |
| 3. | Inmate's Appearance: | ☐ Sweating<br>☐ Tremors<br>☑ Anxious<br>☐ Disheveled<br>☐ Disorderly<br>☐ Inappropriate<br>☐ Altered Level of Consciousness<br>☐ Other | |

**Emergency Contact Information**

| Emergency Contact Name | Hueth Carlos |
|---|---|
| Emergency Contact Address | or Anjela |
| Emergency Contact Relationship | mother and father |
| Emergency Contact Phone Number | 267-797-5234 |

**Health Insurance Information**

| Name of Health Insurance Company | n/a | |
|---|---|---|
| Insurance Policy Number | n/a | |
| Insurance Group Number | n/a | |
| Primary Care Physician | n/a | |
| Physician Specialty | n/a | |
| Physician Address | n/a | |
| Physician Phone Number | n/a | |
| Last Date Visited Physician | | don't remember |

**Drug Use**

| 2a. | Do you drink Alcohol? | ◉ No<br>○ Casually (less than once a month)<br>○ Moderately (about once a week)<br>○ Heavily (three or more times per week)<br>○ |
|---|---|---|

| | | Alcoholic (seven days a week) | |
|---|---|---|---|
| 2b. | When was the last time you drank Alcohol? | ⊙ Never<br>○ More than a month ago<br>○ More than a week ago<br>○ Before Yesterday<br>○ Yesterday<br>○ Today | |
| | What kind of alcohol? | n/a | |
| | How much do you drink? | n/a | |
| 2c. | Do you use Heroin / Methadone? | ⊙ No<br>○ Casually (less than once a month)<br>○ Moderately (about once a week)<br>○ Heavily (three or more times per week)<br>○ Addict (seven days a week) | |
| 2d. | When was the last time you used Heroin / Methadone? | ⊙ Never<br>○ More than a month ago<br>○ More than a week ago<br>○ Before Yesterday<br>○ Yesterday<br>○ Today | |
| | Quantity used? | n/a | |
| 2e. | Do you use Benzo (depressants)? - Klonopine, Ativan, Xanax, etc. | ⊙ No<br>○ Casually (less than once a month)<br>○ Moderately (about once a week)<br>○ Heavily (three or more times per week)<br>○ Addict (seven days a week) | |
| 2f. | When was the last time you used Benzo? - Klonopine, Ativan, Xanax, etc. | ⊙ Never<br>○ More than a month ago<br>○ More than a week ago<br>○ Before Yesterday<br>○ Yesterday<br>○ Today | |
| 2g. | Do you use any Opiates / Narcotics? - Morphine, Percocet, Vicodine, Oxy Contin, etc. | ⊙ No<br>○ Casually (less than once a month)<br>○ Moderately (about once a week)<br>○ Heavily (three or more times per week)<br>○ Addict (seven days a week) | |
| 2h. | When was the last time you used Opiates / Narcotics? - Morphine, Percocet, Vicodine, Oxy Contin, etc. | ⊙ Never<br>○ More than a month ago<br>○ More than a week ago<br>○ Before Yesterday<br>○ Yesterday<br>○ Today | |
| 2i. | Do you use or consume any other legal or illegal substances unprescribed by a licensed provider? - Cocaine, LSD, Methamphetamines, Bath Salts, Synthetic Marijuana, etc. | ○ Yes<br>○ No | |

**Special Considerations**

| | | | |
|---|---|---|---|
| 3. | Is the inmates mobility restricted in any way or does the inmate have any obvious deformities or handicaps? If yes, specify. | ○ Yes<br>○ | |

PCM00107

| | | No | |
|---|---|---|---|
| 4a. | Current Medications: Please list Medication, Dose, Frequency, Last Taken | Haldoldecanoate 100mg every 2 weeks due 4-18-11 route IM | |
| 4b. | When was the last time medications were taken? | 4-4-11 | |
| 4c. | Is medication on person? | ○ Yes ◉ No | |
| 4d. | Doctor Name and Number | Bristol County Jail | |
| 4e. | Pharmacy Name and Number (If Known) | Bristol County Jail | |
| 5. | Are you on a special diet prescribed by a physician? | ◉ No<br>○ Low fat/ Low Salt/ Low cholesterol High Fiber<br>○ 1800 Calorie Diabetic (Insulin Depent; 3 meals plus 1 night snack plan)<br>○ 2500 Calorie Diabetic (Insulin Dependent; 3 meals plus 1 night snack plan)<br>○ Pregnancy/Added Nourishment<br>○ Dental Mechanical<br>○ Food Intolerance to Onions, tomatoes, etc. (please specify)<br>○ Other | |
| 6. | What Grade Level did you last complete? | 11th | |
| 7. | Did you require Special Assistance in school? If so, what type? | ○ Yes ◉ No | |
| 8. | Do you have any of the following: | ☐ Diabetes<br>☐ Seizures<br>☐ Asthma<br>☐ Ulcers<br>☐ High Blood Pressure<br>☐ Heart Condition<br>☐ Other Physical Condition<br>☐ None<br>☐ HIV<br>☐ Thyroid Problems<br>☐ Renal Failure<br>☐ TB<br>☑ Hepatitis (Type)<br>☐ Juvenile (Age)<br>☐ None | |
| | If Yes to Asthma,, what is peak flow reading? | n/a | |
| 9a. | Do you have Dentures? | ☑ None<br>☐ Upper<br>☐ Lower | |
| 9b. | Gum Condition: | ☐ Poor<br>☑ Fair<br>☐ Good | |
| 9c. | Upper Teeth: | ☐ Poor<br>☑ Fair<br>☐ Good | |
| 9d. | Lower Teeth: | ☐ Poor | |

|  |  |  |  |
|---|---|---|---|
|  |  | ☑ Fair | |
|  |  | ☐ Good | |
| 9e. | Last visit to Dentist: |  | don't remember |
| 9f. | Dental treatment | ◉ Emergent<br>◉ Non-Emergent<br>◉ None Required | |
| 10a. | Do you wear glasses or contact lens? | ◉ No<br>◉ Glasses<br>◉ Contacts<br>◉ Both | |
| 10b. | If yes, for how many years? | n/a | |
| 10c. | If yes, are they with inmate/detainee? | ◉ Yes<br>◉ No, but can be delivered<br>◉ No, and cannot be delivered | |
| 11. | Do you have any allergies? | ☑ Penicillin or other antibiotic<br>☐ Iodine<br>☐ Sulfa drugs<br>☐ Anticonvulsants<br>☐ Animal insulin preparations<br>☐ Novocain or other local anesthetics<br>☐ Other (please specify)<br>☐ None | Lithium and Thorazine |
| 12. | How many packs per day do you smoke? (put zero for non-smoker) | non smoker | |
| 13. | Do you have any skin problems or open sores? | ☐ Scars<br>☐ MRSA<br>☐ Body vermin<br>☐ Problematic tattoos<br>☐ Other (please specify)<br>☑ None | |
| 14. | Do you have any of the following hereditary conditions in your family? | ☐ Heart Disease<br>☐ Cancer<br>☑ Diabetes<br>☑ High Blood Presure<br>☐ None | mother |

**Psychiatric Problems**

|  |  |  |  |
|---|---|---|---|
| 1. | Does inmate behavior, history or physical appearance suggest the risk of suicide, assault, or psychiatric condition? | ◉ Yes<br>◉ No | |
| 2. | Have you ever tried to commit suicide in the past? Where? When? | ◉ No<br>◉ More than a year ago<br>◉ More than a month ago<br>◉ Within the last month | |
| 3. | Presently do you feel suicidal? | ◉ Yes<br>◉ No | |
| 4. | Have you ever been hospitalized and.or treated by a psychiatrist or mental health counselor? If yes, when? and where? | ◉ Yes<br>◉ No | |
| 5. | Have you ever been a victim from a criminal act? If yes What? | ◉ Yes<br>◉ No | |

| 6. | Have you ever had a head injury? If yes, when? | ⊙ Never | teenage years |
| | | ⊙ More than a month ago | |
| | | ⊙ More than a week ago | |
| | | ⊙ Before Yesterday | |
| | | ⊙ Yesterday | |
| | | ⊙ Today | |
| 7. | Have you ever been charged with a sexual and/or violent crime? If yes what? | ⊙ Yes | |
| | | ⊙ No | |
| 8. | How do you feel you will deal with being incarcerated? | ⊙ Bad | |
| | | ⊙ Fair | |
| | | ⊙ Good | |
| 9. | Do you feel that you will need to see the Psychologist and/or Psychiatrist? | ☑ No | |
| | | ☐ Psychologist | |
| | | ☐ Psychiatrist | |
| 10. | Is the patients' mood and affect appropriate? | ⊙ Yes | |
| | | ⊙ No | |
| 11. | Is the patients' appearance appropriate? | ⊙ Yes | |
| | | ⊙ No | |
| 12. | Is the patients' perception and thought process appropriate? | ⊙ Yes | |
| | | ⊙ No | |

**INFECTIOUS DISEASE QUESTIONS:**

| 1a. | Have you ever contracted or been exposed to anyone that suffers from any of the following STDs? If so, please specify the month and year. | ☐ Syphilis | |
| | | ☐ Gonorrhea | |
| | | ☐ Chlamydia | |
| | | ☐ HIV | |
| | | ☐ Hepatitis A | |
| | | ☐ Hepatitis B | |
| | | ☐ Hepatitis C | |
| | | ☐ Other STD (please specify) | |
| | | ☑ None | |
| 1b. | Have you recently experienced any of the following? | ☐ Fever | |
| | | ☐ Night sweats | |
| | | ☐ Chills | |
| | | ☐ Chest Pains | |
| | | ☐ Weight Loss | |
| | | ☐ Loss of appetite | |
| | | ☑ None | |
| | | ☐ Genital Sores | |
| | | ☐ Discharge | |
| 2. | Have you ever had TB? If yes, did you receive treatment? | ⊙ No | |
| | | ⊙ Yes, and received treatment | |
| | | ⊙ Yes, but received no treatment | |
| 3. | Have you ever been tested for HIV (AIDS)? If yes, results? When and where? | ⊙ Never tested | |
| | | ⊙ Tested positive | 2009 |
| | | ⊙ Tested negative | |
| 4. | Do you want HIV testing? (There is no charge for testing) | ⊙ Yes | |
| | | ⊙ | |

| | | | |
|---|---|---|---|
| | | ◎ No | |
| 5. | Have you ever received a blood transfusion? When? Where? | ◎ Yes<br>◉ No | |
| 6. | Have you ever used IV drugs? Did you share needles? | ◎ Yes, and I did share needles<br>◎ Yes, and I DID NOT share needles<br>◉ No | |
| 7. | Have you ever engaged in sexual activity with a person of the same sex? | ◎ Yes<br>◉ No | |
| 8. | Have you ever been sexually active? Was it consensual? | ◎ No<br>◉ Yes, NOT consensual<br>◎ Yes, consensual | |
| 9. | Do you have any open wounds, spider bites, boils, or reddened areas? If so, where? | ◎ Yes<br>◉ No | |
| 10. | Do you have any history of MRSA, VRE and/or other resistant bacterial infections?<br>If Yes, where/what? | ◎ Yes<br>◉ No | |

*** If inmate answers YES to question 9 or 10 - On-Call NP/PA or MD/DO must be called **

### Immunizations

| | | | |
|---|---|---|---|
| | Immunizations | ☐ Tetanus<br>☐ Pneumovax<br>☐ Hepatitis B<br>☐ Flu Vac<br>☐ Rubella | unknown |

### Review of System

| | | | |
|---|---|---|---|
| 1a. | Indicate Problem in the notes section: | ☑ Headache<br>☐ Seizures<br>☐ Blackouts<br>☐ DTs<br>☐ Skin<br>☐ High Cholesterol/Triglycerides<br>☐ Ears/Hearing<br>☐ Vertigo<br>☐ Vision<br>☐ Speech<br>☐ Dental<br>☐ Chewing Problem<br>☐ Swallowing<br>☐ Joint Problems<br>☐ Muscle<br>☐ Ulcers<br>☐ Gall Bladder<br>☐ Hepatitis and Type<br>☐ Hemorrhoids<br>☐ Thyroid<br>☐ Diabetes<br>☐ Allergies<br>☐ Hay Fever<br>☐ | get migraines |

PCM00111

|  |  |  |  |
|---|---|---|---|
|  |  | ☐ Asthma |  |
|  |  | ☐ Hyperventilation |  |
|  |  | ☐ Pneumonia |  |
|  |  | ☐ Heart Disease |  |
|  |  | ☐ Hypertension |  |
|  |  | ☐ Edema and Swelling |  |
|  |  | ☐ Anemia |  |
|  |  | ☐ Bleeding |  |
| 1b. |  | ☐ Bruising |  |
|  |  | ☐ Arthritis |  |
|  |  | ☐ Gout |  |
|  |  | ☑ Back Pain |  |
|  |  | ☐ Kidney/Bladder |  |
|  |  | ☐ Gonorrhea |  |
|  | Indicate Problem in the notes section: | ☐ Chlamydia | lower |
|  |  | ☐ Syphilis |  |
|  |  | ☐ Herpes |  |
|  |  | ☐ Crabs/Lice |  |
|  |  | ☐ HIV/AIDS |  |
|  |  | ☐ Hernia |  |
| 2. | Male Only: | ☑ Prostate |  |
| 3. |  | ☐ Breast |  |
|  |  | ☐ Vaginal Discharge |  |
|  |  | ☑ Menarche Age |  |
|  |  | ☑ LMP/Duration |  |
|  |  | ☐ Cycle/Flow |  |
|  |  | ☑ Pregnancies | 12yrs old |
|  | Female Only | ☐ Miscarriages/Abortions | 4-15-11 |
|  |  | ☐ Pregnancy Complications | normal |
|  |  | ☐ Mammogram Date | 1 live birth |
|  |  | ☑ Contraceptive Use/Type |  |
|  |  | ☐ UTI/Pelvic Infections |  |
|  |  | ☐ Currently Pregnant? |  |
|  |  | ☑ Pregnancy Test? |  |
|  | Female Only - Last Pap |  | 01-01-2010 |
|  | Are referrals needed for care? (Doctor, Dentist, Mental Health) | ◉ Yes ◯ No | mental health |
|  |  | ☐ Single Cell |  |
|  |  | ☐ Isolation |  |
|  |  | ☐ PC |  |
|  | Disposition | ☐ General Pop | I/m is currently on SP per security |
|  |  | ☐ Suicide |  |
|  |  | ☐ Detox |  |
|  |  | ☐ Other |  |

General

| 1. | Was inmate given a full explanation of medical services available at facility? | ◉ Yes ◯ No |  |
|---|---|---|---|

PCM00112

| 2. | Was inmate given a printed description of medical services available at facility? | ◉ Yes<br>○ No | |
| 3. | Was inmate given a full explanation of the facility grievance mechanism? | ◉ Yes<br>○ No | |
| 4. | Was the inmate given MRSA Prevention Guidance? | ◉ Yes<br>○ No | |
| 5. | Was smoking education sheet given? | ◉ Yes<br>○ No | |
| 6. | Was the release of information sheet signed? | ○ Yes<br>◉ No | |
| 7. | Was the consent to treat sheet signed? | ◉ Yes<br>○ No | |
| 8. | Was personal hygiene/dental hygiene form given? | ◉ Yes<br>○ No | |
| | Interviewer, Date, and Time: | marquita l, cma | 04-16-2011 |

PCM00113

# EXHIBIT K

because she was mad at pat. hx of
schizophrenia takes haldol dec im q 2 weeks.
ios- unknown - waiting ins court. denies
substance abuse. denies si/hi. no ah/vh or
psychosis. mood stable. thoughts intact. refer to
psychiatrist.

| Type: Mental Health Note<br>Access: Medical Staff | Date: 04/18/2011<br>15:35 | Author: Hare, LPN,<br>Danica | Related Problems<br><br>PSYCHOLOGICAL / MEDICATION -<br>ASSESSMENT | ☐ Highlight Note? |
|---|---|---|---|---|
| | seen patient at cell due to combative behavior<br>per security. per dihs paperwork patient is<br>bipolar and schizophrenic - takes haldol dec<br>every 2 weeks. patient denied this. stated she<br>does not take or want any shots. patient yelled<br>that we are lying to her and lied that she would<br>get moved. stated all she wants is out of bau,<br>informed her I can not move her - stated then<br>she does not want to talk to me and walked<br>away from the door. | | | |
| Type: Medical Note<br>Access: Medical Staff | Date: 04/15/2011<br>21:30 | Author: CMA Shields MA,<br>Kathleen E | Related Problems | ☐ Highlight Note? |
| | unable to screen due to im being combative<br>and per security | | | |
| Type: Medical Note<br>Access: Medical Staff | Date: 04/14/2011<br>19:33 | Author: CMA Shields MA,<br>Kathleen E | Related Problems | ☐ Highlight Note? |
| | was unable to screen i/m not cooperative | | | |

# EXHIBIT L

# 🖼Mental Status Exam

**Tiombe (i) Carlos #172760-1**

| | |
|---|---|
| JMS ID: | 172760 |
| SSN: | - |
| DOB: | ▬▬▬ |
| Age: | 36 |
| Agency: | INS |

| | |
|---|---|
| Location: | [OUT] |
| Ethnicity: | |
| Interviewer: | Gallagher LPC, Patrick (04/20/2011 15:16) |

| Date / Time | | 04-20-2011 03:15 pm |
|---|---|---|
| **Mental Status Exam** | | |
| Appearance | ☐ Age Appropriate | WNL |
| | ☐ Well-groomed | |
| | ☐ Disheveled, Unkempt | |
| | ☐ Bizarre | |
| | ☑ Other | |
| Orientation | ☑ Person | |
| | ☑ Place | |
| | ☑ Time | |
| | ☑ Situation | |
| Behavior: Eye Contact | ☑ Good | |
| | ☐ Limited | |
| | ☐ Avoidant | |
| | ☐ None | |
| Behavior: Motor Activity | ☑ Relaxed and Calm | |
| | ☐ Restless | |
| | ☐ Rigid | |
| | ☐ Agitated | |
| | ☐ Slumped posture | |
| | ☐ Tense | |
| | ☐ Tics | |
| | ☐ Tremors | |
| Manner: | ☑ Appropriate | |
| | ☐ Trusting | |
| | ☑ Cooprative | |
| | ☐ Inappropriate | |
| | ☐ Withdrawn | |
| | ☐ Agitated | |
| | ☐ Hostile | |
| | ☐ Guarded | |
| | ☐ Defensive | |
| | ☐ Restless | |
| | ☐ Manic | |
| | ☐ Minimizes symptoms | |
| | ☐ Exaggerates symptoms | |
| Speech: (rate, volume, etc.) | ☑ Normal | |
| | ☐ Incoherent | |
| | ☐ Pressured | |

PCM00365

CorEMR - Tiombe (i) Carlos :: Mental Status Exam | v5.0.0                                    Page 2 of 6

| | | |
|---|---|---|
| | ☐ Too detailed | |
| | ☐ Slurred | |
| | ☐ Slowed | |
| | ☐ Halting | |
| Mood: | ☑ Normal | |
| | ☐ Depressed | |
| | ☐ Irritable | |
| | ☐ Anxious | |
| | ☐ Euphoric | |
| | ☐ Fatigued | |
| | ☐ Angry | |
| Affect | ☑ Broad | |
| | ☐ Tearful | |
| | ☐ Blunted | |
| | ☐ Constricted | |
| | ☐ Flat | |
| | ☐ Labile | |
| Sleep: | ☐ Good | |
| | ☑ Fair | |
| | ☐ Poor | |
| | ☐ Increased | |
| | ☐ Decreased | |
| Appetite | ☐ Good | |
| | ☑ Fair | |
| | ☐ Poor | |
| | ☐ Increased | |
| | ☐ Decreased | |
| Thought Process | ☑ Logical, Organized | |
| | ☐ Illogical | |
| | ☐ Flight of Ideas | |
| | ☐ Circumstantial | |
| | ☐ Loose associations | |
| | ☐ Rambling | |
| | ☐ Obsessive | |
| | ☐ Blocking | |
| | ☐ Tangential | |
| Thought Content: | ☑ Normal | |
| | ☐ Impaired | |
| | ☐ Paranoid | |
| | ☐ Obsessive | |
| | ☐ Fearful/Phobic | |
| | ☐ Delusional | |
| | ☐ Other, Describe: | |
| Perception/Hallucinations: | ☑ None Evident | |
| | ☐ Auditory | |
| | ☐ Command | |
| | ☐ Olfactory | |

https://york.pcmemr.com/Modules/Forms/form_record.php?form_record_id=386937                10/29/2015

PCM00366

| | | |
|---|---|---|
| | ☐ Gustatory | |
| | ☐ Tactile | |
| | ☐ Visual | |
| Delusions: | ☑ None Evident | |
| | ☐ Thoughts being controlled | |
| | ☐ Actions being controlled | |
| | ☐ Persecutory | |
| | ☐ Grandiose | |
| | ☐ Infidelity | |
| | ☐ Somatic | |
| | ☐ Paranoid | |
| Suicide Risk | ☑ None | |
| | ☐ Slight | |
| | ☐ Moderate | |
| | ☐ Significant | |
| | ☐ Extreme | |
| | ☐ No plan | |
| | ☐ Plan, describe: | |
| Suicide Risk (Plan): | ◉ No Plan | |
| | ○ Plan, describe: | |
| Violence Risk: | ◉ None | |
| | ○ Slight | |
| | ○ Moderate | |
| | ○ Significant | |
| | ○ Extreme | |
| Violence Risk (Plan): | ◉ No Plan | |
| | ○ Plan, describe: | |
| Judgment: | ◉ Intact | Limited |
| | ○ Impaired | |
| | ○ Mild | |
| | ○ Moderate | |
| | ○ Severe | |
| | ○ Impulsive | |
| | ○ Immature | |
| | ○ Age-appropriate | |
| Insight regardless awareness of presence of the disorder: | ○ Intact | |
| | ◉ Limited | |
| | ○ Very limited | |
| | ○ Fair | |
| | ○ None | |
| Sensorium (Level of Consciousness): | ◉ Alert | |
| | ○ Drowsy | |
| | ○ Stupor | |
| | ○ Distracted | |
| | ○ Delayed Response | |
| Memory: | ☑ Intact | |
| | ☐ | |

PCM00367

| | |
|---|---|
| | Immediate Recall |
| | ☐ Impaired |
| | ☐ Remote |
| Intelligence | ☑ Average |
| | ☐ Above Average |
| | ☐ Below Average |
| | ☐ Unable to Establish |

**Symptom Checklist:**

**Instruction: Check Cluster, and all symptoms in cluster that apply. Add those not appearing under "Other."**

| | |
|---|---|
| I. Depression: | ☐ Depressed Affect |
| | ☐ Withdrawal / Social Isolation |
| | ☐ Relationship Impairment |
| | ☐ Difficulty Functioning at a job |
| | ☐ Impaired Sleep |
| | ☐ Psychomotor Agitation |
| | ☐ PSychomotor Retardation |
| | ☐ Impaired Appetite |
| | ☐ Weight Gain / Loss |
| | ☐ Poor Self Esteem |
| | ☐ Emotional Agitation |
| | ☐ Crying / Tearfulness |
| | ☐ Flat Affect |
| | ☐ Helplessness |
| | ☐ Hopelessness |
| | ☐ Guilt / Self Blame |
| | ☐ Anger |
| | ☐ Suicidal Ideation / Homocidal Ideation |
| | ☐ Impaired Concentration |
| | ☐ Memory Impairment |
| | ☐ Mental Confusion |
| | ☐ Psychotic Symptoms (specify): |
| | ☐ Other (specify): |
| II. Anxiety: | ☐ Anxiety |
| | ☐ Psychomotor Agitation |
| | ☐ Impaired Sleep |
| | ☐ Panic Attacks |
| | ☐ Physical Symptoms of Anxiety (sweating, rapid heart rate, dizziness, hyperventilation, etc.) |
| | ☐ Avoidance Behavior |
| | ☐ Compulsive Behavior |
| | ☐ Obsessive Thoughts |
| | ☐ Other (specify): |
| III. Mood: | ☐ Euphoric |
| | ☐ Impulsive |
| | ☐ Homicial Ideation |
| | ☐ Grandiose |
| | ☐ Psychomotor Agitation |
| | ☐ |

PCM00368

| | | |
|---|---|---|
| | ☐ Manic | |
| | ☐ Depressed | |
| | ☐ Delusional | |
| | ☐ Other (specify): | |
| IV. Thought: | ☐ Hallucinations | |
| | ☐ Psychomotor Agitation | |
| | ☐ Psychomotor Retardation | |
| | ☐ Suicidal Ideation/Homicial Ideation | |
| | ☐ Inappropriate / Bizarre Behavior | |
| | ☐ Delusions | |
| | ☐ Inappropriate Conversation | |
| | ☐ Impaired Relationships | |
| | ☐ Flat Affect | |
| | ☐ Withdrawn / Socially isolated | |
| | ☐ Difficulty Functioning at a job | |
| | ☐ Other (specify): | |
| V. Personality: | ☐ Attention seeking behavior | |
| | ☐ Detachment from social relationships | |
| | ☐ Discomfort in social relationships | |
| | ☐ Restricted range of affect | |
| | ☐ Excessive need to be taken care of | |
| | ☐ Cognitive distortions | |
| | ☐ Excessive emotionality | |
| | ☐ Grandiosity | |
| | ☐ Hypersensitivity to the evalution | |
| | ☐ Impulsivity | |
| | ☐ Instability in interpersonal relationships | |
| | ☐ Lack of empathy | |
| | ☐ Need for admiration | |
| | ☐ Conduct problems | |
| | ☐ Perceptual distortions | |
| | ☐ Preoccupation with control | |
| | ☐ Preoccupation with orderliness | |
| | ☐ Unstable affect | |
| | ☐ Social inhibitions | |
| | ☐ Submissive and clinging behavior | |
| | ☐ Suspiciousness | |
| | ☐ Unstable self-image | |
| | ☐ Criminal behavior | |
| | ☐ Preoccupation with perfectionism | |
| | ☐ Disregard for the rights of others | |
| | ☐ Violation of the rights of others | |
| | ☐ Other (specify): | |
| Additional Symptoms: If the client's problems/symptoms that do not appear to be adequately covered in the above lists, please specify them: | | |
| Summary of Impressions: Provide a clinical opinion of the individual by pulling together the collected historical information in order to | | |

PCM00369

| | |
|---|---|
| Identify possible relationships, conditions, and causes leading to the current situation: | |

### Diagnostic Impressions

| | |
|---|---|
| Axis I: | ☑ Mood Disorder, Not Otherwise Specified - 296.6 |
| | ☑ Depressive History, Not Otherwise Specified - 311.0 |
| | ☑ Anxiety Disorder, Not Otherwise Specified - 300.0 |
| | ☑ Psychotic Disorder, Not Otherwise Specified - 298.90 |
| | ☑ Schizophrenia, Paranoid Type - 295.30 |
| | ☑ Schizophrenia, Undifferentiated Type - 295.90 |
| | ☑ Major Depression - 296.3 |
| | ☑ Major Depression with Psychosis - 296.34 |
| | ☑ Adjustment Disorder - 309.9 |
| | ☑ Post-traumatic Stress Disorder - 309.81 |
| | ☑ Attention Deficit / Hyperactivity Disorder - 314.9 |
| | ☑ Shizoaffective Disorder - 295.70 |
| | ☑ Bipolar Disorder, Not Otherwise Specified - 296.80 |
| | ☑ Polysubstance Dependence - 304.80 |
| Axis II: | ☑ Borderline Personality Disorder - 301.83 |
| | ☑ Dependent Personality Disorder - 301.6 |
| | ☑ Mental Retardation - 319.0 |
| | ☑ Antisocial Personality Disorder - 301.7 |
| | ☑ Borderline Personality Disorder - 301.83 |
| | ☑ Narcissistic Personality Disorder - 301.81 |
| | ☑ Personality Disorder NOS - 301.9 |
| Axis III: | |
| Axis IV: Psychosocial Stressors: | |
| Axis V: Current GAF: | |
| Level of Care: | |
| PCM Release of Information: | ☑ Obtained |
| | ☑ Refused |

PCM00370

# EXHIBIT M

CorEMR - Carlos, Tiombe (i) :: Sick Calls | v5.0.0       Page 3 of 5

LOS unknown- MSE-denies halluciantions- denies SI- no agitation- no management probelms-

**Objective:** *blank*

**Assessment:** no psychosis- denies SI- no agitation- stable on meds-

**Plan:** meds as is rtc 8 weeks

**Education:** *blank*

Entered by: Pamela Rollings-Mazza MD at patient request
[+] Add Addendum

Recategorize to [ Mental Health ∨ ]

📅 **04-25-2011 09:38 with Pamela Rollings-Mazza MD [Last Updated: 04-25-2011 09:44]**

(No Related Actions)

**Subjective:** New Evaluation- INS- transferred from another facility - total since 2006- fighting deportation- PPH-hx of MH prior to jail- inpt-atot- remote-for violence-when off meds-'get moody'-act like different personalities- inpt times one since incarceration- MH meds-dec haldol- hx of lithium and thorazine- reports dx of 'schizophrenia/bipolar' poor historian- hx of halluciantions-awhile ago- mood -sometimes depressed- MSE-no overt psychosis- denies SI- no agitation- denies self injurious behavoir- PMH-denies- SA-smoked MJ- stetes in past someone gave her PCP-delusional as result- 🖼

**Objective:** *blank*

**Assessment:** likely dx- schizoaffective disorder- stable on meds- no overt psychosis- denies SI- ?low functioning

**Plan:** meds as is RTC 6 weeks

**Education:** *blank*

Locked: Yes
Interpreter used: No

Entered by: Pamela Rollings-Mazza MD at patient request
[+] Add Addendum

Recategorize to [ Mental Health ∨ ]

📅 **04-20-2011 15:14 with Patrick Gallagher LPC (Task Priority: 1) [Last Updated: 04-20-2011 15:20]**

**Related Problems**

- PSYCHOLOGICAL / MENTAL HEALTH,

**Forms Completed**

| Form | Status | Actions |
|------|--------|---------|
| Relocation Pass | Completed on | 🖼 |

**Subjective:** Review psych obs status

**Objective:** Pt m,ood euthymic affect eppropriate to mood.Pt thought process intat, no overt psychosis.Pt. denied SI and HI.Pt.oriented person, place and situation and cooprative.Pt insight and judgement limited.Pt is future oriented

Locked: Yes
Interpreter used: No

# EXHIBIT N

# PSYCHOLOGICAL EVALUATION

**Name:** Carlos, Tiombe

**Date of Administration:** May 25, 2011

**Referral Source:** Physicians for Human Rights

**Tests Administered:** Clinical interview lasting approximately two hours
Examination of Ms. Carlos medical and legal records
Telephone interviews with Ms. Carlos' mother and sister

**Examiner:** Ronald Noble, Ph. D., Clinical Psychology, University of Pennsylvania, Philadelphia, PA

**Date of Report:** September 14, 2011

## Professional Background and Qualifications

I received my Bachelor of Science degree in Psychology in 1986 from Portland State University in Portland, Oregon. I obtained a Master's degree in Counseling Psychology in 1995 from Lewis & Clark College in Portland, Oregon. I received a Doctoral degree in Clinical Psychology from the University of Pennsylvania in 2007.

From 1993 to 1995, I was a Mental Health Therapist at Pacific Gateway Hospital, a psychiatric inpatient facility, and I worked weekly with individuals suffering from acute psychoses. Contemporaneously I worked for Network Behavioral Health Care in residential care facilities for clients with chronic mental illness, many of whom suffered from Schizophrenia. In this latter setting, I spent time daily working with clients who had psychotic symptoms such as fixed delusional beliefs.

During my doctoral training I conducted 12 integrated, supervised psychological assessments, including one in which I diagnosed Schizophrenia. I completed a year-long practicum at the University of Pennsylvania's Counseling and Psychological Services, where I conducted diagnostic intake assessments weekly. I conducted approximately 30 such assessments, in the course of which I screened clients for a variety of mental disorders, including Schizophrenia and other psychotic disorders.

From September of 2002 to July of 2004 I was employed in a research study in which I routinely determined whether participants suffer from a Major Depressive Disorder, and also screened patients for Schizophrenia and other psychotic disorders. While working on this study I received thorough training in psychiatric diagnosis using the *Structured Clinical Interview for the Diagnostic and Statistical Manual for Mental Disorders* (SCID), including training in diagnosis of Schizophrenia and other psychotic disorders. I conducted approximately 40 extensive intake interviews for this study.

During a full-time pre-doctoral clinical internship at for Pacific University's Psychological Service Center, I conducted approximately 20 intake interviews. I screened all intake clients for psychotic disorders.

I have conducted seventeen previous asylum evaluations, from 2002 to 2011, including a case in 2009-10 which involved the diagnosis of Schizophrenia.

Carlos 129

2

## Summary of findings

I interviewed Ms. Carlos for approximately two hours on May 25, 2011, at the York County Prison in York, Pennsylvania. Based on this interview, conversations with Ms. Carlos' mother and sister, and examinations of records, I determined that Ms. Carlos suffers severe psychotic symptoms. If Ms. Carlos suffers from Schizophrenia, it is most likely Schizophrenia, Paranoid Type. Ms. Carlos has been diagnosed with this disorder previously. It is also possible that Ms. Carlos suffers from Schizoaffective Disorder, Bipolar Type; in fact, this is the diagnosis most consistent with her entire history. Ms. Carlos is likely to suffer from her psychotic disorder permanently, and to need psychotropic medication and supportive care for the rest of her life.

Ms. Carlos has had some symptoms of Bipolar Disorder in the past and was at least once diagnosed with Bipolar Disorder. Ms. Carlos may separately suffer from Bipolar Disorder, or possibly from Schizoaffective Disorder. Bipolar Disorder itself is a very serious, chronic mental disorder requiring life-long use of medication to avoid disabling symptoms and psychiatric hospitalization.

## Purpose of the Evaluation

A psychological evaluation of Ms. Carlos was requested by her attorney, Thomas Griffin, through Physicians for Human rights.

The purpose of the evaluation was to confirm is possible that Ms. Carlos was suffering from Schizophrenia as indicated by the reports of her mother and sister, and some hospital records.

## Behavioral Observations

Ms. Carlos was escorted to the interview room by an officer of the prison. Ms. Carlos was compliant when told "sit there" by the officer who pointed to a chair.

Ms. Carlos was not well-oriented to time and place. When asked what the date was, she furrowed her brow and thought for awhile, then said she "this is the fourth month, right?" She was also unable to say what year it was. When asked where we were, Ms. Carlos correctly stated that we were in a prison, but believed the prison was located in Philadelphia. She commented "I've been here awhile." When asked who the President of the United States was, Ms. Carlos again appeared to be trying hard to remember and finally said the "the man with the white hair....Clinton?" When told the President's name was Barack Obama, Ms. Carlos said she had not heard of him. She also was unable to identify the photograph of George W. Bush in the interview room.

Ms. Carlos said she did not know where she was born, and expressed surprise when told the name of the country was Antigua and Barbuda. She expressed interest in knowing where Antigua and Barbuda was on the world map on the interview room wall, and stood up to try and find it by searching the map. When asked if she had siblings, Ms. Carlos reported that she did, but said she couldn't remember their names. Later in the interview, Ms. Carlos stated she remembered having siblings named Kim and Al, but said she couldn't remember if they were older or younger than her.

When asked why she was incarcerated, Ms. Carlos said she did not remember why she had originally been incarcerated. She did say she had been in several different prisons. She said "they want to deport me," and was able to explain what deportation means. Ms. Carlos said her attorney had visited her recently and explained this to her. Ms. Carlos believed she had been incarcerated since 2004 or 2005.

3

Ms. Carlos' affect was restricted during most of the interview. Several times, Ms. Carlos did laugh, and also expressed strong curiosity a few times about how I knew certain facts about her life.

## Self-Reported History

Ms. Carlos said she had been told by her mother that she was born outside of the United States and came to the U.S. when she was three years old. Ms. Carlos reported having no memory of the place she was born. Ms. Carlos stated that she did not remember anything from her childhood until she was 14, when she stated she was first hospitalized. She did say, however, that prior to her first hospitalization, "I used to act normal."

Ms. Carlos reported that she believed her father was a construction worker, and that her mother was a nurse. She said that she got along fine with her parents while she was growing up. According to Ms. Carlos she lived with her mother and father part of the time, and also lived with her aunt for a period of time. However, she was unable to say who she lived with at what points in her childhood.

According to Ms. Carlos she was raped for the first time when she was 12 years old. She stated that one day she was walking home with a female friend, but that she and her friend decided to take different routes at some point, and that then Ms. Carlos was walking alone. Ms. Carlos reported that a boy grabbed her on the street and forced her into an abandoned building. She stated "I have a soft voice, so I can't scream." Ms. Carlos said that the boy raped her in the abandoned building.

Ms. Carlos reported that at age 14, after taking some drugs, she began "hallucinating, seeing stuff, and thinking people was trying to get me." When asked for specific hallucinations, Ms. Carlos said that she could see a "green man" her mother told her was not there. She said that she was put in "a mental health place for kids," and that "I pooped on the floor, and played with it," and that "I wasn't right in my head; it took a long time for me to come back around." According to Ms. Carlos she was first given the anti-psychotic medication Thorazine, but that she was allergic to it, and that then different medications were tried.

Ms. Carlos first stated that she didn't remember ever going to school, but then stated that she remembered high school. She said that other students would make fun of her. She remembered "They said I talked like a robot, and that I was retarded." Ms. Carlos said she did not want to go to school because of being ridiculed and said "I felt dumb." Ms. Carlos expressed the opinion that someone had "put some drugs in my weed" and that because of this "I'm not smart no more."

Ms. Carlos said that after her release from the hospital at age 14, that she lived with her mother in New York. After her release, Ms. Carlos stated that her level of functioning was poor. She reported that she remembered "talking slow, like I was retarded" after her release. She said that her brother would say she was crazy, and that this made her feel bad. Ms. Carlos reported that she lived in Philadelphia for awhile when she was about 19 years old. She also believed that she lived in Philadelphia for awhile at some earlier time but was unable to say when. Ms. Carlos stated that she has never held a paying job, stating that she had been told "I can't be working, because my mind is not right."

When asked about subsequent hospitalizations, Ms. Carlos said she had "been in the hospital more times than I can count on both hands." She said that she would be hospitalized when she got worse after going off her medication. After going off her medication, Ms. Carlos said she would start "acting funny" and that people would pick on her for this. She said she would get in fights with people when this happened.

4

Ms. Carlos reported that she was raped again at age 18. She said that this happened when her family had taken her "on a visit to my country." According to Ms. Carlos, she was raped when coming back from the beach. She said that she was familiar with the man who raped her, and that his name was Gunny. She reported that Gunny threatened to kill her if she ever told anyone, and that she did not tell anyone for years afterward. Ms. Carlos stated that Gunny used something like a large knife or machete to force her to submit to sex. Ms. Carlos also states that he cut her on her face with the knife.

Ms. Carlos reported that she had a daughter, Natalia about 12 years ago. Ms. Carlos said that she was in love with the father, but that "he slept with one of my friends." She also stated that her daughter's father hit her and "cut me on the head" when Ms. Carlos was pregnant with Natalia.

Ms. Carlos said she was with a friend and visiting Connecticut and Boston, and she was arrested for a fight in bar. She stated that she was upset because the bartender had given her the wrong beer, and threw a beer bottle. Ms. Carlos reported that the police were called and that she fought with the police, and was arrested.

When asked about the incident of biting a corrections officer, Ms. Carlos said that she had been accused of not taking her medicine. She stated that after she was asleep, correction officers had come to her cell and woke her up "to take me to segregation" because she hadn't taken her medicine. Ms. Carlos said that she resisted and the situation escalated, and in the course of being restrained and forcibly taken out of her cell, she bit the officer. According to Ms. Carlos, she was then put in segregation "I think for three years."

Ms. Carlos stated that she had been given a diagnosis of Paranoid Schizophrenia while incarcerated. She said that she is given "injections of Haldol in here, every two weeks," and reported "it keeps me calm." She said she believes the Haldol is very helpful, and that she would continue to take it if released from prison.

Ms. Carlos reported that she often feels sad in prison, and stated "nobody talks to me." She said she had had a cellmate who was unfriendly and mean to her. Ms. Carlos also said she was depressed because she cannot be with her daughter, Natalia.

Ms. Carlos also reports having felt sad much of the time prior to her incarceration. She says that she has difficulty making friends, and that people make fun of her and pick on her.

**Review of Records**

The first record available from Ms. Carlos' first hospitalization is dated July 12, 1994. It states that the day prior, after using marijuana, Ms. Carlos had begun hallucinating and acting in a bizarre manner. Likely because of a suspected connection between her recent drug use and psychotic symptoms, her initial Axis I diagnoses were (1) Organic Delusional Disorder and (2) Psychotic Disorder NOS (Not Otherwise Specified). Two days later, her Axis I diagnoses were listed as "Psychosis NOS" and "Organic Delusional R/O." R/O is the common notation for "rule out," indicating that Organic Delusional Disorder was then being considered as possible but unlikely. Her discharge summary, dated November 28, 1994, lists her diagnosis a Paranoid Schizophrenia, Chronic. The discharge summary indicates Ms. Carlos was still having symptoms at the time she left the hospital, and was discharged against medical advice.

Records from the St. Barnabas Hospital in Bronx, New York indicate Ms. Carlos was hospitalized in May of 1996. At admission, Ms. Carlos was described as "agitated, not sleeping, responding to internal stimuli." She was initially described as violent and needing to be restrained. The records indicate a provisional diagnosis of Bipolar Disorder, Manic, with Psychotic Features. The records indicate that Ms.

Carlos 132

63

5

Carlos was discharged with the medications Navene, Ativan, and Valproic Acid. Navene is an anti-psychotic medication used to treat Schizophrenia; Valproic Acid, also marketed as Depakote, is to treat Bipolar Disorder. Ativan is used to treat anxiety.

Records from the New York Office of Temporary and Disability Assistance Division of Disability Determination indicate that someone from that office saw Ms. Carlos on June 19, 1998, on July 14, 1998, and apparently in the interim at a psychiatric hospital during one of Ms. Carlos' hospitalizations. These records at one point describe Ms. Carlos as "agitated, angry, hostile, and verbally abusive," and mentions that she disrobes herself in public. The records also said Ms. Carlos was "paranoid and has poor impulse control."

These records from the Disability Determination Office relate that Ms. Carlos ceased going to an outpatient clinic for nine months, stopped taking medications, and became increasingly violent, "picking on innocent bystanders who she accused of laughing at her." The records indicate Ms. Carlos was brought to an emergency room, agitated and spitting at staff. The records state that Ms. Carlos speech was pressured.

However, these records indicate that at a later time Ms. Carlos was greatly improved. At this point, Ms. Carlos is described as cooperative, with a good mood and appropriate affect. The records state that Ms. Carlos has good eye contact, and no delusions or hallucinations. She is described as having a good memory and good general knowledge, the ability to perform calculations, and good insight and judgment. Those records list Ms. Carlos' diagnosis as "Bipolar I Disorder, Manic, with psych." The "with psych" likely means "with Psychotic Features."

## Reports from mother and sister

Ms. Carlos' mother reported that Ms. Carlos was "normal" up until shortly before her first hospitalization. According to Ms. Carlos' mother, Ms. Carlos began having difficulties in school during junior high, and often would not attend class.

Ms. Carlos mother stated that Ms. Carlos first went into a psychiatric hospital at age 16. According to Ms. Carlos mother, Ms. Carlos came home one day, acting strangely, and was "talking, talking, talking, and wouldn't eat, and wouldn't rest." Ms. Carlos mother said that Ms. Carlos was in the hospital for several months, and was discharged, but was sent back within a week, and then remained hospitalized for another three months.

After that, Ms. Carlos' mother described Ms. Carlos' as being "in and out, in and out of the hospital." Ms. Carlos' mother reported that Ms. Carlos would do fine as long as she stayed home and took her medication. However, Ms. Carlos mother stated that when Ms. Carlos stopped taking her medication, she would soon start "acting strangely" and get into trouble. Ms. Carlos' mother said that her daughter was hospitalized many times. She stated that initially she counted the number of times that Ms. Carlos was in the hospital, but that she then lost track.

Ms. Carlos' mother said that for the majority of the time up until her current incarceration, Ms. Carlos lived with her. According to Ms. Carlos' mother, Ms. Carlos did live for a time in a residential care facility for minors with mental illness. Ms. Carlos' mother reported that when Ms. Carlos turned 18 she could no longer stay at this facility, and that there was not another option available which would not cost more than Ms. Carlos could afford to pay.

Ms. Carlos' mother said that Schizophrenia was the diagnosis she understood Ms. Carlos to carry. Upon questioning, Ms. Carlos' mother did recall that she had also been told at one time that Ms. Carlos had

Carlos 133

64

6

Bipolar Disorder. Ms. Carlos' mother also reported that Ms. Carlos has a younger brother, now age 27, who has been diagnosed with Bipolar Disorder.

Ms. Carlos' sister related similar details of Ms. Carlos life. Ms. Carlos' sister confirmed that Ms. Carlos has been hospitalized many times, and that hospitalization usually follows after Ms. Carlos stops taking her medication. Ms. Carlos' sister indicated that marijuana has played a part in most of Ms. Carlos' difficulties. According to Ms. Carlos' sister, Ms. Carlos often would use marijuana around the time she stopped taking her medicine, and get into trouble. Ms. Carlos' sister also stated that she understood that her Ms. Carlos suffers from Schizophrenia.

Both Ms. Carlos' mother and sister stated that Ms. Carlos is afraid of police officers. Both reported believing that Ms. Carlos had been handled roughly by some officers in the past, and that this contributed to her fear of law enforcement.

*Evaluation for Schizophrenia*

Schizophrenia is a clinical syndrome of unknown etiology, characterized by serious disturbance in thought processes. The American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition, (DSM-IV) indicates that in order to qualify for a diagnosis of Schizophrenia, a person must meet the following criteria:

A. **Two or more of these symptoms have been present for a significant period of time during a one-month period:** (1) delusions, (2) hallucinations, (3) disorganized speech, (4) grossly disorganized or catatonic behavior, and (5) negative symptoms such as affective flattening, alogia, or avolition.

   **Only one of the above symptoms is required if delusions are bizarre or hallucinations include voices keeping a running commentary on the person's behavior or thoughts, or multiple voices conversing with each other**

B. **Social/occupational dysfunction:** one or more areas of functioning are markedly below that achieved prior to the disturbance onset (e.g., work, interpersonal relations, or self-care). If the onset is in childhood or adolescence, then there is failure to achieve the expected level of interpersonal, academic, or occupational achievement.

C. **Duration:** The one month of symptoms must be embedded in a period of some disturbance lasting at least six months.

D. **Schizoaffective and Mood Disorder exclusion:** Schizoaffective and Mood Disorder With Psychotic Features must be ruled out.

E. **Substance/general medical condition exclusion:** The disturbance is not due to effects of a substance or a medical condition.

**Criterion A1 (Delusions):**

Delusions are fixed false beliefs which are impervious to evidence of their implausibility. Bizarre delusions are delusions which are not only extremely unlikely but also totally implausible.

Records from Ms. Carlos' first hospitalization contain several reference to paranoid ideas. This is not enough to establish her thoughts were delusional, though they might have been. However, her discharge summary does refer to "persecutory delusions," without elaborating.

Ms. Carlos indicated several delusional beliefs during my interview with her. She stated that when playing pool she could move the cue ball by looking at it with her eyes. Ms. Carlos reported that in the past she had been able to change the color of a woman's eyes by looking into them. She said this had happened when she was pregnant with her daughter, and also "at the other jail." Ms. Carlos also reported that "If a woman's butt is flat, and if I look at it, it will get shapely." After this last comment, Ms. Carlos added "I don't know if I am bugging or what." Upon questioning, she clarified that she was not sure in retrospect if she had these powers, but that she had been 100% certain at previous times that she had special powers.

## Criterion A2 (Hallucinations):

Hallucinations are sensory perceptions in any sensory modality of things which do not exist, which occur in the absence of a stimulus, and are convincing enough to be taken as real.

Ms. Carlos has reported auditory hallucinations at least since her first hospitalization, apparently at age 15, when according to hospital records, the was "constantly hearing voices." Another notation in the hospital records indicates that the voices had a "commenting and derogatory context," likely meaning that the voices were commenting on what Ms. Carlos was doing and saying derogatory things about her. Her discharge summary indicates she was still experiencing auditory hallucination at the time of discharge.

Ms. Carlos reports that she has continued to hear voices since her first hospitalization. She states that "I'll get worse, and hear more, if I don't take my meds." Ms. Carlos says that the voices often make derogatory comments, for example telling Ms. Carlos that her mother doesn't like her.

## Criterion A3 (Disorganized Speech):

Disorganized speech in Schizophrenia is a manifestation of an inability to weave logical and coherent threads of thought. Disorganized speech includes irrelevant responses to questions, slipping off topic, speech that is incoherent, and ceasing speech suddenly in the middle of talking.

Ms. Carlos' speech was not disorganized during my interview with her. Records from her first hospitalization indicate "disorganized thinking." The example of thought blocking is used, which refers to a person suddenly ceasing speech in the middle of talking for several seconds to a few minutes. Subjectively, the individual may feel the thought has been taken out of their head. Thus, Ms. Carlos may have had this symptom in the past.

## Criterion A4 (Grossly Disorganized or Catatonic Behavior):

Grossly disorganized behavior refers to behavior which is disorganized in a major way. Catatonic Behavior refers to gross disturbances in motor (muscular) behavior including extreme rigidity and excessive motor activity unrelated to physical stimuli.

Records from her first hospitalization say that Ms. Carlos entered the hospital "in a catatonic state" and that she "assumed bizarre postures" (a type of catatonic behavior) shortly after being admitted. Records from her first hospitalization describe her as "disorganized" but do not elaborate further. Ms. Carlos showed no evidence of disorganized or catatonic behavior during my interview with her, but appears to have had this symptom during her initial hospitalization.

8

**Criterion A5 (Negative symptoms):**

Affective flattening refers to an extreme loss of facial expressiveness. Ms. Carlos affect was somewhat restricted during much of my interview with her, but not so extremely as to qualify as a negative symptom. Ms. Carlos was described in records of her first hospitalization as having a "blunt mood," meaning that she had an abnormally neutral mood, showing very little positive or negative emotion, despite her circumstances.

Avolition refers to a lack of motivation for goal-directed behavior, and alogia means an extreme lack of speech. Ms. Carlos showed no evidence of these symptoms either during the interview.

It is thus possible that Ms. Carlos experienced negative symptoms during her first hospitalization, but she did not show evidence of negative symptoms during my interview with her.

**Criterion A Summary**

Ms. Carlos has suffered from both delusions and hallucinations (auditory and visual) since her initial hospitalization. Some of her delusions (e.g., believing she could change parts of other people's bodies by looking at them) are arguably bizarre. These symptoms alone are enough to meet Criterion A for Schizophrenia.

There is some evidence that Ms. Carlos has suffered from other Criterion A symptoms as well in the past, though she does not appear to be suffering from them at the present time.

**Criterion B (Social/occupational dysfunction):**

Ms. Carlos reports, and her mother and sister confirm that she has never held a paying job, and that prior to her incarceration that she qualified for and received disability payments. Ms. Carlos is described by herself, her mother, and her sister as having had multiple hospitalizations and run-ins with law enforcement since her initial hospitalization.

Thus Ms. Carlos meets Criterion B for Schizophrenia.

**Criterion C (Duration):**

Ms. Carlos first hospitalization lasted four and a half months. Although her discharge summary describes her symptoms of delusions and hallucinations as "in remission," Ms. Carlos was discharged against medical advice. According to Ms. Carlos' mother, Ms. Carlos after her was re-hospitalized about a week after her discharge for an additional three months.

It is very likely that Ms. Carlos has met the duration criteria

**Criterion D (Schizoaffective and Mood Disorder exclusion):**

Schizoaffective Disorder is a disorder in which Criterion A for Schizophrenia are met, and major mood difficulties exist for some, but not all, of the period for which Criterion A is met. Mood Disorder with Psychotic Features is a disorder in which mood difficulties are the main problem. In either case, these difficulties can be related to overly negative or an overly positive mood. If a person has psychotic

symptoms only when having significant mood difficulties, the appropriate diagnosis is more likely to be Mood Disorder with Psychotic Features.

It is impossible to rule out either of these diagnoses in Ms. Carlos' case. Ms. Carlos denied significant mood symptoms were associated with her psychotic episodes. However, Ms. Carlos' mother described Ms. Carlos' initial psychotic episode as including features of a manic episode, a type of mood episode most often seen in Bipolar Disorder. According to Ms. Carlos' mother, when Ms. Carlos first began acting strangely, she would "talk, talk, talk," and stay up most of the night without getting tired. Ms. Carlos' mother said that these symptoms were also part of some of Ms. Carlos' other psychotic episodes, though she could not recall definitively whether they always were. The symptoms of constant talking and lack of need for sleep are consistent with a manic episode. Because Ms. Carlos' mother was attempting to give second-hand accounts of episodes that occurred many years ago, it could not be determined whether Ms. Carlos ever had enough symptoms to be said to have had a manic episode in conjunction with her psychotic symptoms. However, she may have, and the fact that Ms. Carlos was at least once diagnosed with Bipolar Disorder increases the likelihood of this.

**Criterion E (Substance/general medical condition exclusion):**

Various substances can cause acute hallucinations and delusions. An organic cause was suspected during Ms. Carlos' initial hospitalization, since she had been using drugs just prior to her admission. However, Ms. Carlos symptoms persisted in the hospital long after any drugs would have been out of her system. Therefore it does not appear that her symptoms are due to a substance or a general medical condition.

**Schizophrenia Subtype**

There are several subtypes of Schizophrenia. The subtype depends on which of the symptoms listed in Criterion A are present. When there are delusions and/or hallucinations, but disorganized speech, disorganized or catatonic behavior, and flat or inappropriate affect are absent or not prominent, the subtype is Paranoid. This is the case with Ms. Carlos at the present time.

*Evaluation of symptoms of Manic Episodes*

A Manic Episode is a Mood Episode, which is a part of Bipolar Disorder, and can be a part of Schizoaffective Disorder. The DSM-IV states that a Manic Episode involves:

A. **A distinct period of abnormally and persistently elevated, expansive, or irritable mood, lasting at least 1 week.**

B. **The period of mood disturbance must involve at least three of the following symptoms: (1) inflated self-esteem or grandiosity, (2) decreased need for sleep, (3) unusual talkativeness or pressure to keep talking, (4) flight of ideas or racing thoughts, (5) distractibility, (6) increased goal-directed activity, and (7) excessive involvement in pleasurable activities having high potential for painful consequences**

As with Schizophrenia, there are requirements that the symptoms not simply be due to the effects of a substance or general medical condition. The mood disturbance must be severe enough to cause marked impairment in functioning or to necessitate hospitalization.

Ms. Carlos was not questioned in detail about these symptoms. However, hospital records and reports from Ms. Carlos' mother have indicated a decreased need for sleep, pressured speech, and unusual talkativeness in conjunction with episodes leading to psychiatric hospitalization. Ms. Carlos has received the diagnosis of Bipolar Disorder in the past, which makes it likely that she has in fact suffered from enough symptoms to qualify for a Manic Episode. Also, Bipolar Disorder, like Schizophrenia, has a genetic component, and the fact the Ms. Carlos has a brother suffering from Bipolar Disorder increases the likelihood that she suffers from this disorder.

## Conclusions

*Diagnostic Issues*

Ms. Carlos meets the criteria for Schizophrenia, Paranoid Type, with the possible exception of Criterion D, which is the exclusion of a Mood Disorder and Schizoaffective Disorder. Historically, the limited records available show that she has been given the diagnoses of Schizophrenia, Paranoid Type, and Bipolar Disorder, Manic, with Psychotic Features. By her own report and the reports of her mother and sister, Ms. Carlos has been hospitalized more times than any of them can count. Ms. Carlos and her mother and sister understand her diagnosis to be Schizophrenia.

During her first psychiatric hospitalization Ms. Carlos was initially given the diagnoses of Organic Delusional Disorder and Psychotic Disorder NOS, then these diagnoses were changed to rule outs, and the diagnosis upon discharge was Paranoid Schizophrenia, Chronic. The most reasonable interpretation of the this sequence of diagnoses is that because Ms. Carlos' psychotic break coincided with drug use, drugs were initially suspected as the cause of her psychotic symptoms. However, over time it became clear that she had psychotic symptoms even without drugs in her system. The diagnosis of Psychotic Disorder NOS simply indicates that sufficient evidence had not yet accumulated that Ms. Carlos suffered from Schizophrenia. During her four and half months of hospitalization, it became clear that the diagnosis that best fit Ms. Carlos' symptoms was Schizophrenia, Paranoid Type. Although drugs could have exacerbated her symptoms, their underlying cause was not marijuana or other drugs.

At later points, Ms. Carlos was diagnosed with Bipolar Disorder, Manic, with Psychotic Features. Since Bipolar Disorder is a Mood Disorder, this would be a type of Mood Disorder with Psychotic Features. The records and Ms. Carlos mother both describe features such as pressured speech and a lack of need for sleep which are consistent with this diagnosis.

Both diagnoses involve psychotic features (hallucinations and delusions). In a Mood Disorder with Psychotic Features, psychotic symptoms are never present in the absence of Mood Disorder symptoms. Thus the diagnosis of Bipolar, Manic, with Psychotic Features should indicate that Ms. Carlos always suffered symptoms of a manic episode along with her psychotic symptoms. On the other hand, during Ms. Carlos initial hospitalization, which last several months, she was not given a Mood Disorder diagnosis and manic symptoms are not described.

A diagnosis consistent with all of the information about Ms. Carlos would be Schizoaffective Disorder. In Schizoaffective Disorder, a person suffers a Mood Episode for some but not all of the time during which they suffer from psychotic symptoms. Different clinicians at different hospitals might see presentations which did or did not involve symptoms of a manic episode, and this could account for the differing diagnoses.

Ms. Carlos may also suffer from other disorders which there was not time to adequately evaluate. Ms. Carlos reports having been the victim of rape on more than one occasion. It is common for victims of

11

sexual assault to suffer Posttraumatic Stress Disorder (PTSD). Even in cases where victims of sexual assault do not meet full diagnostic criteria for PTSD often suffer long-term emotional distress as a result of having been sexually assaulted.

Ms. Carlos may also meet criteria for a Substance Abuse Disorder, since her difficulties with the law seem to have often been associated with the use of marijuana or alcohol.

*Prognosis: Risk of future hospitalization and danger to self and others*

Regardless of which diagnosis is ultimately correct, Ms. Carlos suffers from a severe, chronic mental illness. Persons in the midst of either a Manic Episode or the active phase of Schizophrenia have terrible judgment, minimal insight, and a great propensity to get into trouble. While in their active phases, they are almost impossible to treat in an outpatient setting. Schizophrenia, Bipolar Disorder, and Schizoaffective Disorder are normally lifelong conditions which must be treated with medication. Without medications, patients with these disorders will be unable to care for themselves during the active phase of their illnesses, and will likely end up involuntarily hospitalized during the frequent recurrences of their symptoms. This has already been the case with Ms. Carlos on many occasions.

On the other hand, a person who is compliant with his or her medication regimen and who lives in a structured environment with supportive care will suffer far fewer episodes of active symptoms. Individuals with well-treated Bipolar Disorder can usually lead fairly normal lives. Individuals with Schizophrenia, even with medication, normally function at a lower level, but in some cases can work part-time and have a reasonable quality of life. If Ms. Carlos can live in a structured environment and remain medication compliant, her risk of future hospitalization should be greatly reduced.

Since historically Ms. Carlos disorderly and assaultive behavior has been associated with her going off of her prescribed medications, the risk of this type of behavior should be greatly reduced if Ms. Carlos remains medication compliant.

Though Ms. Carlos has often not been compliant with medications in the past, there are some hopeful signs in this regard. Ms. Carlos was coherent and cooperative during my interview with her. She described Haldol as helpful to her and stated her willingness to keep taking it.

The risk of disorderly/assaultive behavior can also be reduced if Ms. Carlos refrains from the use of marijuana, alcohol, and other drugs. In fact some studies have found that absent substance abuse, persons with severe mental illness are not at any increased risk of violent behavior as compared to the general population.

Ms. Carlos risk of disorderly/assaultive behavior also will be reduced as a function of age. As with the general population, the risk of such behavior in persons with severe mental illness declines as a person ages.

Persons with severe mental illness are also at greater risk of being victims of crime and assault. Ms. Carlos has been the victim of sexual assault, and as a person with a severe mental illness is at risk of being a victim in the future. This risk can also be reduced by the close care of mental health professionals and a supportive, structured environment.

**Diagnostic Summary:**

Axis I      295.70 Schizoaffective Disorder (Provisional)
            R/O Schizophrenia, Paranoid Type

Carlos 139

70

12

R/O Bipolar Disorder, Manic, with Psychotic Features
R/O Cannabis Abuse, Alcohol Abuse
R/O Posttraumatic Stress Disorder

Axis II   (Personality Disorders) No Diagnosis
Axis III  (Relevant Medical Diagnosis) None
Axis IV  (Significant Stressors):  Incarceration, Lack of Social Support
Axis V   (Global functioning, 1-100 scale): 30-50

**Recommendations**

Ms. Carlos needs to be under the care of a psychiatrist who can prescribe appropriate psychotropic medications and monitor her symptoms. She needs a supportive and structured living environment. This environment should minimize her stress levels. Ms. Carlos should be under the close supervision of persons who can monitor her compliance with medications, recognize psychotic and/or manic symptoms and intervene quickly if necessary. Ms. Carlos should be evaluated for a substance abuse disorder, and supported in refraining from the use of alcohol and recreational drugs.

A group home setting for individuals suffering from chronic mental illness should be considered for Ms. Carlos. If this is not possible or Ms. Carlos is not willing, family members should be provided with strong education and support in assisting Ms. Carlos in remaining treatment compliant and dealing with tasks for everyday life.

Finally, Ms. Carlos should be evaluated for PTSD and other psychological consequences of having been a rape victim on more than one occasion. Social skills training to avoid putting herself at increased risk of future assaults should also be considered.

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

*Ronald Noble*
_____
Ronald Noble, Ph. D.
Evaluator

September 14, 2011
_____
Date

*Judy J. Eidelson, Ph.D.*

Judy Eidelson, Ph.D.
Psychologist, PA License # PS-4168-L

September 16, 2011
_____
Date

71

# EXHIBIT O

# Relocation Pass - Suicide Precautions (FULL) (Revised 4/17/15)

**Tiombe (i) Carlos**
**#172760-1**

| | | | |
|---|---|---|---|
| JMS ID: | 172760 | Location: | [OUT] |
| DOB: | | Ethnicity: | - |
| Age: | 36 | Interviewer: | Heist, MA, Deidre (06/08/2011 18:38) |
| Agency: | INS | | |

---

TO: All Staff
FROM: Medical Department
RE: Medical Restrictions

The above listed inmate/patient was evaluated by the medical staff and needs the following restrictions:

**Restriction Period**

| Restrict From: | | 06-08-2011 |
|---|---|---|
| Restrict To: | | |
| Until Cleared By: | ☑ Psychologist/Psychiatrist | |
| | ☐ Medical Provider (MD, PA, NP) | |

**Restrictions**

| | | |
|---|---|---|
| Special Conditions: | ☑ Suicide Smock | |
| | ☑ Finger Food | |
| | ☑ Styrofoam or Paper Tray | |
| | ☑ No Sharps | |
| | ☑ Strip Cell | |
| | ☑ No Shoe Laces | |
| Housing: | ☑ Move to O Unit | |
| | ☐ No Exercise | Bau |
| Checks: | ☐ 10 Min | |
| | ☑ 15 Min | |
| | ☐ 30 Min | |
| | ☐ Other - Please specify | |
| Date and Time DOJ Initiated | | 06-08-2011 |

Copy: Treatment; Shift Commander; Inmate; Unit Officer; HSA

PCM00628