# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**Angela Carlos,**
**as Administratrix of the Estate of**
**Tiombe Kimana Carlos**

          **Plaintiff**　　　Civil No. 1:15-CV-1994
          **V.**　　　(Judge Mannion)

**York County,** *et. al.*

          *Defendants*

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the Report and Recommendation of Judge Joseph F. Saporito, Jr. is **adopted in part and not adopted in part**, as follows:

1) Summary Judgment is **GRANTED** for all claims set forth in the Amended Complaint pursuant to the Eighth Amendment of the United States Constitution. Those claims are **DISMISSED** with prejudice, as to all defendants.

2) Summary Judgment is additionally **GRANTED** on the remaining claims in Count I as to defendants **Collins, Crist, Doll, Jackson, McNicholas, Nadeau, Neeper, Santos-Heredia, Snyder, Trig, Correctional Officer John Does 1-10 and Medical John Does 1-10**. These claims are **DISMISSED**

with prejudice.

3) Summary Judgment is **DENIED** in Count I as to defendants **Rollings-Mazza, Gallagher and Leiphart**.

4) **York County's** objection that it is not an appropriate defendant in this action is **overruled**. Judge Saporito's recommendation in this respect is **adopted**.

5) Summary Judgment is **GRANTED** as to defendants **York County and PrimeCare** in Count II. Those defendants are **DISMISSED** with prejudice from this count.

6) Summary Judgment is **GRANTED** in Count III as to defendants **Snyder and Medical John Does 1-10**. Those defendants are **DISMISSED** with prejudice.

7) Summary Judgment is **DENIED** in Count III as to defendants **Gallagher and Leiphart**.

8) Summary Judgment on plaintiff's punitive damages claim is **DENIED**, at the present time, as to defendants **Gallagher, Leiphart and Rollings-Mazza**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: December 9, 2019

15-1994-01-order